

RECEIVED

MAR 22 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

