Civil Action No. 4:24-cv-00051-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Faris C. Dixon, JR. District Attorney
was received by me on *(date)* 4-4-2024.

☑ I personally served the summons on the individual at *(place)* Pitt County Courthouse - District Attorney's Office on *(date)* 4-5-2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4-5-2024

*Server's signature*

Jayson J. Collins, Lieutenant
*Printed name and title*

100 W. 3rd St. Greenville, N.C. 27834
*Server's address*

Additional information regarding attempted service, etc:

**FILED**

APR 15 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Receipt 176765  $30

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Cynthia B. Avens
Plaintiff(s)

v.

Faris C. Dixon, Jr.
Defendant(s)

Civil Action No. 4:24-cv-00051-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Faris C Dixon Jr
Pitt County Courthouse
100 W. 3rd St.
Greenville, NC 27834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia B. Avens
303 Riverside Trl
Roanoke Rapids, NC 27870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/3/2024

Kimberly McNair
*Signature of Clerk or Deputy Clerk*