Case No. 5:22-cv-00519-M-RJ

RECEIVED
APR 15 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
(Drop Box)

