PITT COUNTY, NORTH CAROLINA
# OFFICE OF THE SHERIFF
PAULA DANCE, SHERIFF

## RETURN OF SERVICE

Serve to/Defendant: ECU Health

Court Docket Number: 4:24-CV-00051-M   Date Received: 4/4/24

I, D. R. Dolenti, being first duly sworn, depose and say that I am a duly appointed, sworn and qualified Deputy Sheriff in and for the County of Pitt, North Carolina. I am authorized by the laws of the State of North Carolina to serve civil process in the County of Pitt, North Carolina.

On the 5 day April, 2024,

____ I made service of the _____ upon the following person(s), _____ by _____.

____ Defendant/Party was not served for the following reason: _____

✓ As the defendant is a corporation; service was affected by delivering a copy of Civil Summons

To the person named Vickie Haddock, VP office of General Council

____ Other manner of service (specific): _____

Pitt County, North Carolina

Signed and sworn to before
Me this 5 day of April, 2024

[Signature] Sharon T Haywood
Notary Public

My Commission Expires: 2-22-2027

This, the 5 day of April, 2024
Paula Dance, Sheriff of Pitt County, North Carolina

By: [Signature] 7262
Deputy Sheriff

SHARON T HAYWOOD
NOTARY PUBLIC
Pitt County, North Carolina

MAILING ADDRESS
POST OFFICE BOX 528
GREENVILLE, NORTH CAROLINA 27858

OFFICE: (252) 902-2800
FAX: (252) 830-4166

STREET ADDRESS
100 WEST THIRD STREET
GREENVILLE, NORTH CAROLINA 27858