Civil Action No. 4:24-cv-00051-M

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ECU Health

was received by me on *(date)* 4/4/24 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Viettie Heddock , who is
designated by law to accept service of process on behalf of *(name of organization)* ECU Health
VP office of General Council on *(date)* 4/5/24 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/15/24

_DR Ddenti 7262_
Server's signature

D.R. Ddenti    Deputy Sheriff
Printed name and title

100 W 3rd St Greenville NC 27834
Server's address

**FILED**

APR 15 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _MUB_ DEP CLK

Additional information regarding attempted service, etc:

Receipt 176765   $30

# UNITED STATES DISTRICT COURT
## for the
Eastern District of North Carolina

)
)
)
Cynthia B. Avens )
_Plaintiff(s)_ )
)
v. ) Civil Action No. 4:24-cv-00051-M
)
Vidant/ECU Health )
Medical Center )
_Defendant(s)_ )
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Vidant/ECU Health Medical Center
c/o Office of General Counsel
690 Medical Dr.
Greenville, NC 27834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia B. Avens
303 Riverside Trl
Roanoke Rapids, NC 27870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/3/2024                                      Kimberly McNally
                                                    *Signature of Clerk or Deputy Clerk*

RECD PITT COUNTY SO
APR 04 '24 14:03