Receipt

Civil Action No. 4:24-CV-00051-M

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Dr. Karen Kelly

was received by me on *(date)* 4/4/24.

☑ I personally served the summons on the individual at *(place)* ECU Heath
on *(date)* 4/8/24 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 4/8/24

_____ 7262
*Server's signature*

D.R. Dolenti
*Printed name and title*

100 W 3rd St Greenville NC
*Server's address*

Additional information regarding attempted service, etc.:

Receipt 176765  $30

FILED
APR 15 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

Cynthia B. Avens
*Plaintiff(s)*

v.

Dr. Karen Kelly
*Defendant(s)*

Civil Action No. 4:24-cv-00051-M

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dr. Karen Kelly
ECU Brody School of Medicine
600 Moye Blvd.
Greenville, NC 27834

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/3/2024

Kimberly McN[...]
*Signature of Clerk or Deputy Clerk*