

PITT COUNTY, NORTH CAROLINA   558178

# OFFICE OF THE SHERIFF
## PAULA DANCE, SHERIFF

## RETURN OF SERVICE

Serve to/Defendant: __Dr Karen Kelly__

Court Docket Number: __4-24-CV-00051-M__ Date Received: __4/4/24__

I, __DR Delenti__, being first duly sworn, depose and say that I am a duly appointed, sworn and qualified Deputy Sheriff in and for the County of Pitt, North Carolina. I am authorized by the laws of the State of North Carolina to serve civil process in the County of Pitt, North Carolina.

On the __8__ day __April__, 20__24__

✓ I made service of the __Civil Summons__ upon the following person(s), __Karen Kelly__ by __Personal Service__.

___ Defendant/Party was not served for the following reason: _____

___ As the defendant is a corporation; service was affected by delivering a copy of _____

To the person named _____.

___ Other manner of service (specific): _____

__Pitt__ County, North Carolina

Signed and sworn to before
Me this __8__ day of __April__, 20__24__

_Sharon T Haywood_
Notary Public

My Commission Expires: __2-22-2027__

This, the __8__ day of __April__, 20__24__
Paula Dance, Sheriff of Pitt County, North Carolina

By: __DR Delenti 7252__
Deputy Sheriff

SHARON T HAYWOOD
NOTARY PUBLIC
Pitt County, North Carolina

MAILING ADDRESS
POST OFFICE BOX 528
GREENVILLE, NORTH CAROLINA 27858

OFFICE: (252) 902-2800
FAX: (252) 830-4166

STREET ADDRESS
100 WEST THIRD STREET
GREENVILLE, NORTH CAROLINA 27858