

RECEIVED
APR 15 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

USPS Click-N-Ship label:
$9.50 US POSTAGE
9405 5036 9930 0678 8193 30 0095 0000 0422 7611
04/12/2024 0 lb 4 oz  Mailed from 27870  986737348072298

PRIORITY MAIL®

CYNTHIA AVENS
303 RIVERSIDE TRL
ROANOKE RAPID NC 27870-9576

Expected Delivery Date: 04/13/24

0003

B099

US DISTRICT COURT EASTERN DISTRICT OF
PO BOX 25670
RALEIGH NC 27611-5670

USPS TRACKING #
9405 5036 9930 0678 8193 30

Electronic Rate Approved #038555749

