# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| CYNTHIA B. AVENS | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:24-cv-00051-M-RN |
| FARIS C. DIXON, JR., ET AL. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DR. KAREN KELLY.

Date: 04/17/2024

/s/Jeremy D. Lindsley
*Attorney's signature*

Jeremy D. Lindsley, NC State Bar No. 26235
*Printed name and bar number*
N.C. Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
*Address*

jlindsley@ncdoj.gov
*E-mail address*

(919) 716-6815
*Telephone number*

(919) 716-6764
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, and was served upon plaintiff by placing the same in the U.S. mail as follows:

Cynthia B. Avens
303 Riverside Trl
Roanoke Rapids, NC 27870
avens1@charter.net
*Plaintiff (Pro Se)*

This 17th day of April, 2024.

/s/ Jeremy D. Lindsley
Jeremy D. Lindsley
Assistant Attorney General