IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO: 4:24-cv-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS,<br><br>Plaintiff,<br><br>v.<br><br>FARIS C. DIXON, JR., DISTRICT ATTORNEY; VIDANT/ECU HEALTH MEDICAL CENTER; DR. KAREN KELLY, MEDICAL EXAMINER,<br><br>Defendants. | **ORDER ON DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

This matter is before the Court on Defendant Dr. Karen Kelly's Motion for Extension of Time to Respond to Plaintiff's Complaint under Federal Rules of Civil Procedure 6(b) and Local Rule 6.1(a). For good cause shown, it is hereby ORDERED that Defendant shall have up to and including May 29, 2024 to respond to Plaintiff's Complaint.

This 19th day of April, 2024.

/s/ Peter A. Moore, Jr.
_____
Clerk of Court