IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M

| | | |
|---|---|---|
| CYNTHIA B. AVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE ON |
| FARIS C. DIXON, JR., District Attorney; | ) | BEHALF OF DEFENDANT FARIS C. |
| VIDENT/ECU HEALTH MEDICAL | ) | DIXON, JR., DISTRICT ATTORNEY |
| CENTER DR. KAREN KELLY, Medical | ) | |
| Examiner; JOHN/JANE DOE; JOHN/JANE | ) | |
| DOE; JOHN/JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES the undersigned and makes an appearance in this matter on behalf of
Defendant Faris C. Dixon, Jr., District Attorney for the 3rd Prosecutorial District of the State of
North Carolina. Pursuant to Local Civil Rule 7.3(a), Defendant Dixon, who is a state official of
the Judicial Department of the State of North Carolina, is not subject to the requirement to file a
"Disclosure of Corporate Affiliation/Financial Interest Disclosure Statement."

Respectfully submitted, this the 23rd day of April, 2024.

**JOSHUA H. STEIN**
**Attorney General**

/s/ Chris D. Agosto Carreiro
Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
ccarreiro@ncdoj.gov
State Bar No. 45356
*Attorney for Defendant Dixon*

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that the undersigned has this day electronically filed the **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system and addressed to the following individuals:

*Cynthia B. Avens*
*303 Riverside Trl.*
*Roanoke Rapids, NC 27870*

This the 23rd day of April, 2024.

<u>/s/ Chris D. Agosto Carreiro</u>
Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice