UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:24-CV-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS, )<br>)<br>    Plaintiff, )<br>)<br>)<br>v. )<br>)<br>FARIS C. DIXON, JR., DISTRICT )<br>ATTORNEY, VIDANT/ECU HEALTH )<br>MEDICAL CENTER, DR. KAREN )<br>KELLY, MEDICAL EXAMINER, )<br>JOHN/JANE DOE, JOHN/JANE DOE, )<br>and JOHN/JANE DOE, )<br>)<br>    Defendants. ) | **NOTICE OF APPEARANCE OF<br>TERRENCE M. MCKELVEY**<br><br>JURY DEMAND |

Please take notice that the undersigned, Terrence M. McKelvey, hereby enters a notice of appearance as counsel for Defendant Pitt County Memorial Hospital, Inc.[1]

Respectfully submitted,

/s/ Terrence M. McKelvey
Terrence M. McKelvey (NC Bar #47940)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendant Pitt County
Memorial Hospital, Inc.*

---

[1] Defendant's legal name is Pitt County Memorial Hospital, Inc., but it does business as ECU Health Medical Center and formerly did business as Vidant Medical Center.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing document was served upon all counsel of record via the Clerk of Court's ECF system and upon Plaintiff Cynthia B. Avens via U.S. Mail, postage prepaid, at the address listed below, this April 23, 2024:

Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, North Carolina 27870

                                                                /s/ Terrence M. McKelvey