IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 4:24-CV-00051-M-RN

CYNTHIA B. AVENS, )
        Plaintiff(s), )
v. )
FARIS C. DIXON, JR., et al. )
        Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION AND ATTRIBUTED CITIZENSHIP**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, or Fed. R. Crim. P. 12.4 and Local Criminal Rule 12.3,

<u>Pitt County Memorial Hospital, Inc.</u> who is <u>Defendant</u>,
(name of party/intervenor)     (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is the party/intervenor a publicly held corporation or other publicly held entity?

   YES ○      NO ●

2. Does the party/intervenor have any parent corporations?

   YES ●      NO ○

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Pitt County Memorial Hospital, Inc.'s parent is University Health Systems of Eastern Carolina, Inc.

3. Is 10% of more of the stock of the party/intervenor owned by a publicly held corporation or other publicly held entity?

   YES ○      NO ●

   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal 12.3)?

   YES ◯        NO ⦿

5. Is the party/intervenor a trade association?

   YES ◯        NO ⦿

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

   N/A

7. In a case based on diversity jurisdiction, the following is a list of every individual or entity whose citizenship is attributed to the party/intervenor:

   _____        _____
   (Name of individual/entity)                   (State of citizenship)

   _____        _____
   (Name of individual/entity)                   (State of citizenship)

   _____        _____
   (Name of individual/entity)                   (State of citizenship)

   _____        _____
   (Name of individual/entity)                   (State of citizenship)

   _____        _____
   (Name of individual/entity)                   (State of citizenship)

   _____        _____
   (Name of individual/entity)                   (State of citizenship)

   If there are additional individuals or entities who citizenship is attributed to the party/intervenor, please provide their names and states of citizenship on a separate piece of paper.

   Signature: /s/ Terrence M. McKelvey

   Date: April 23, 2024

2