UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:24-CV-00051-M-RN

| | | |
|---|---|---|
| CYNTHIA B. AVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | **PROPOSED ORDER GRANTING** |
| | ) | **ECU HEALTH MEDICAL CENTER'S** |
| | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | **TO RESPOND TO PLAINTIFF'S** |
| | ) | **COMPLAINT** |
| FARIS C. DIXON, JR., DISTRICT | ) | |
| ATTORNEY, VIDANT/ECU HEALTH | ) | |
| MEDICAL CENTER, DR. KAREN | ) | **JURY DEMAND** |
| KELLY, MEDICAL EXAMINER, | ) | |
| JOHN/JANE DOE, JOHN/JANE DOE, | ) | |
| and JOHN/JANE DOE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court on Defendant Pitt County Memorial Hospital Inc.'s ("ECU Health Medical Center") Motion for Extension of Time to Respond to Plaintiff's Complaint. Upon review of the file and for other good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That ECU Health Medical Center's Motion for Extension of Time to Respond to Plaintiff's Complaint is hereby granted.

2. ECU Health Medical Center shall have through and including May 28, 2024, to file its response to Plaintiff's Complaint.

Date: _____                             _____
                                                  Magistrate Judge Robert T. Numbers, II