IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M

| | |
|---|---|
| CYNTHIA B. AVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| FARIS C. DIXON, JR., District Attorney; | ) |
| VIDENT/ECU HEALTH MEDICAL | ) |
| CENTER DR. KAREN KELLY, Medical | ) |
| Examiner; JOHN/JANE DOE; | ) |
| JOHN/JANE DOE; JOHN/JANE DOE, | ) |
| | ) |
| Defendants. | ) |

Defendant Faris Dixon, District Attorney for Prosecutorial District 3, North Carolina, moved the court for an extension of time to file an answer or other responsive pleading to Plaintiff's Complaint [DE 1]. For good cause shown, the motion is ALLOWED and the aforementioned Defendants shall have up to and including May 29, 2024, to answer or otherwise plead to Plaintiff's Complaint.

SO ORDERED, this 23rd day of April, 2024.

/s/ Peter A. Moore, Jr.
Peter A. Moore, Jr., Clerk