**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
**Case No. 4:24-CV-00051-M-RN**

| | | |
|---|---|---|
| CYNTHIA B. AVENS, | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **DANIEL D. MCCLURG** |
| FARIS C. DIXON, JR., DISTRICT | ) | |
| ATTORNEY, VIDANT/ECU HEALTH | ) | |
| MEDICAL CENTER, DR. KAREN | ) | **JURY DEMAND** |
| KELLY, MEDICAL EXAMINER, | ) | |
| JOHN/JANE DOE, JOHN/JANE DOE, | ) | |
| and JOHN/JANE DOE, | ) | |
| | ) | |
|     **Defendants.** | ) | |

Please take notice that the undersigned, Daniel D. McClurg, hereby enters a notice of

appearance as counsel for Defendant Pitt County Memorial Hospital, Inc.[1]

                        Respectfully submitted,

                        /s/ Daniel D. McClurg
                        Daniel D. McClurg (NC Bar #53768)
                        daniel.mcclurg@klgates.com
                        K&L Gates LLP
                        300 South Tryon Street, Suite 1000
                        Charlotte, North Carolina 28202
                        (704) 331-7400
                        (704) 353-3114

                        *Counsel for Defendant Pitt County*
                        *Memorial Hospital, Inc.*

---

[1] Defendant's legal name is Pitt County Memorial Hospital, Inc., but it does business as ECU Health Medical Center and formerly did business as Vidant Medical Center.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was served upon all counsel of record via the Clerk of Court's ECF system and upon Plaintiff Cynthia B. Avens via U.S. Mail, postage prepaid, at the address listed below, this April 30, 2024:

Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, North Carolina 27870

Chris D. Agosto Carreiro
Jeremy D. Lindsley
North Carolina Department of Justice
114 West Edenton Street
P.O. Box 629
Raleigh, NC 27602

/s/ Daniel D. McClurg

2