IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No: 4:24-cv-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS,<br><br>Plaintiff,<br><br>v.<br><br>FARIS C. DIXON, JR., DISTRICT ATTORNEY; VIDANT/ECU HEALTH MEDICAL CENTER; DR. KAREN KELLY, MEDICAL EXAMINER, JOHN/JANE DOE, JOHN/JANE DOE, and JOHN/JANE DOE<br><br>Defendants. | **DR. KAREN KELLY'S<br>MOTION TO DISMISS**<br><br>Fed. R. Civ. P. 12(b)(1) & 12(b)(6) |

NOW COMES Defendant, Karen Kelly, M.D., pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, and respectfully moves the Court to dismiss the Complaint, with prejudice, due to lack of jurisdiction over the subject matter of Plaintiff's claims and failure to state a claim upon which relief may be granted. In support of this Motion, Dr. Kelly shows the Court as follows:

1. Plaintiff asserts claims against Defendants, including Dr. Kelly, for violation of her civil rights under 42 U.S.C. §§ 1981, 1983, 1985, 1988, 200d, and 18 U.S.C. 241.

2. Eleventh Amendment immunity and sovereign immunity bar Plaintiff's claims under §§ 1981 and 1983 against Dr. Kelly in her official capacity.

3. Qualified immunity bars Plaintiff's claims under §§ 1981 and 1983 against Dr. Kelly in her individual capacity.

4. Plaintiff's claims under §§ 1981 and 1983 fail because she has not alleged a violation of a federal law or constitutional right.

5. Plaintiff has failed to sufficiently plead the essential elements of a claim under § 1985 including intentional engagement in a conspiracy, an overt act in furtherance of a conspiracy, invidious discriminatory intent, deprivation of equal enjoyment of rights, or resulting injury.

6. Plaintiff has failed to sufficiently plead the essential elements of a discrimination claim under Title VI (§ 2000d), including intentional discrimination, denied access to participation in a program or activity receiving Federal financial assistance, or disparate treatment.

7. Plaintiff has failed to sufficiently plead the essential elements of State law claims for obstruction of justice or conspiracy to obstruct justice, including intent to obstruct justice, acts which impede or hinder public or legal justice, or an agreement with others to obstruct justice.

WHEREFORE, for the reasons set forth herein, and in the arguments and legal authorities set forth in Dr. Kelly's Memorandum in Support of her

Motion to Dismiss, Dr. Kelly respectfully requests the Court to grant her Motion to Dismiss and that Plaintiff's Complaint be dismissed in its entirety with prejudice.

This 29 day of May, 2024.

        **JOSHUA H. STEIN**
        **Attorney General**

        /s/ Jeremy D. Lindsley
        Jeremy D. Lindsley
        Assistant Attorney General
        NC State Bar No. 26235
        jlindsley@ncdoj.gov
        North Carolina Department of Justice
        PO Box 629
        Raleigh, NC  27602
        Tel: 919-716-6920
        Fax: 919-716-6764
        *Attorney for Dr. Karen Kelly*

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system and was served electronically upon the following:

Cynthia B. Avens
303 Riverside Trl
Roanoke Rapids, NC 27870
avens1@charter.net (with consent)
*Plaintiff (Pro Se)*

Terrence M. McKelvey
Terrence.mckelvey@klgates.com
Daniel D. McClurg
Daniel.mcclurg@klgates.com
*Attorneys for Defendant Pitt*
*County Memorial Hospital, Inc.*

Chris D. Agosto Carreiro
Special Deputy Attorney General
North Carolina Department of Justice
ccarreiro@ncdoj.gov
*Attorney for Defendant Faris C. Dixon, Jr.*

This 29th day of May, 2024.

/s/ Jeremy D. Lindsley
Jeremy D. Lindsley
Assistant Attorney General