IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS,<br><br>                Plaintiff,<br>   v.<br><br>FARIS C. DIXON, JR., District Attorney;<br>VIDENT/ECU HEALTH MEDICAL<br>CENTER DR. KAREN KELLY, Medical<br>Examiner; JOHN/JANE DOE;<br>JOHN/JANE DOE; JOHN/JANE DOE,<br><br>           Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    **ORDER** |

This matter is before the court on Defendants' Motion to Continue Rule 26(f) Conference and Postpone Entry of Rule 16(b) Scheduling Order, filed May 30, 2024 [DE #29]. Defendants have each moved to dismiss Plaintiff's complaint asserting, inter alia, lack of subject matter jurisdiction. They request that the court "continue the deadline for the Rule 26(f) conference and . . . postpone entry of a Scheduling Order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, as well as initial disclosures and discovery" until after the court rules on Defendants' motions to dismiss.[1]

---

[1] Defendants represent that Plaintiff opposes the motion to continue.

For good cause shown, the court GRANTS Defendants' motion [DE #30] and STAYS discovery in this matter pending resolution of the motions to dismiss filed by Defendants. A Case Management Order setting forth discovery deadlines and pretrial procedures will be entered upon the court's disposition of Defendants' motions to dismiss, if appropriate. Within twenty-one (21) days after the court's ruling on the motions, the parties shall confer and submit a Rule 26(f) report and discovery plan for the court's consideration.

This the 5th day of June 2024.

_____
ROBERT T. NUMBERS, II
United States Magistrate Judge