RECEIVED
JUN 10 2024
fma
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

Civil Action Number 4:24-CV-00051-M-RN

| | |
|---|---|
| Cynthia B. Avens ) | |
| ) | |
| (Plaintiff) ) | PLAINTIFF'S MOTION TO DENY |
| ) | DEFENDANT'S JOINT MOTION |
| ) | TO CONTINUE RULE 26(f) |
| ) | CONFERENCE AND |
| Faris C. Dixon, Jr., District Attorney ) | POSTPONE ENTRY OF |
| Pitt County Memorial Hospital, Inc. ) | RULE 16(b) SCHEDULING |
| Dr. Karen Kelly, Medical Examiner ) | ORDER |
| John/Jane Doe ) | |
| John/Jane Doe ) | |
| John/Jane Doe ) | |
| (Defendants) ) | |

PLAINTIFF'S MOTION TO DENY DEFENDANT'S JOINT MOTION TO CONTINUE

RULE 26(f) CONFERENCE AND POSTPONE ENTRY OF RULE 16(b) SCHEDULING

ORDER

Plaintiff, Cynthia B. Avens, respectfully submits this Motion to Deny Defendants' Joint

Motion to Continue Rule 26(f) Conference and Postpone Entry of Rule 16(b) Scheduling

Order. In support of this motion, Plaintiff states as follows:

1

1. On June 4, 2024, Defendants filed a Joint Motion to Continue the Rule 26(f) Conference and Postpone Entry of the Rule 16(b) Scheduling Order, citing the pending motions to dismiss.

2. While the Defendants argue that proceeding with the Rule 26(f) conference and the entry of the Rule 16(b) scheduling order would be premature given the pending motions to dismiss, the Plaintiff does not consent to this delay.

3. Plaintiff asserts that proceeding with the discovery process is essential for the timely resolution of this case and for the Plaintiff's ability to adequately prepare for trial.

4. Delaying the Rule 26(f) conference and the scheduling order could unfairly hinder the Plaintiff's pursuit of justice and extend the timeline for resolving this matter, which has already been delayed.

5. Plaintiff believes that the Defendants' motion to dismiss should not stop the start of discovery and that the Rule 26(f) conference should happen as planned.

Plaintiff respectfully asks that this Court deny the Defendants' Joint Motion to Continue the Rule 26(f) Conference and Postpone Entry of the Rule 16(b) Scheduling Order and grant any other relief deemed fair and appropriate.

Respectfully submitted,

/s/ *Cynthia B. Avens*
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
avens1@charter.net
252-203-7107

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I mailed by United States Postal Service, the Plaintiff's Motion to Deny Defendant's Joint Motion to Continue Rule 26(f) Conference and Postpone Entry of Rule 16(b) Scheduling Order to the Clerk of the U.S. District Court. Upon docketing, the CM/ECF system will send electronic notification of such filing to the defendants' counsel:

Respectfully submitted,

/s/ *Cynthia B. Avens*
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107

Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
ccarreiro@ncdoj.gov
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
State Bar No. 45356
*Counsel for DA Dixon*

Jeremy D. Lindsley
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
jlindsley@ncdoj.gov
Tel: 919-716-6920
Fax: 919-716-6764
NC State Bar No. 26235
*Counsel for Dr. Karen Kelly*

Daniel D. McClurg
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
daniel.mcclurg@klgates.com
(704) 331-7400
(704) 353-3114
NC Bar #53768
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Terrence M. McKelvey
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
terrence.mckelvey@klgates.com
(615) 780-6700
(615) 780-6799
NC Bar #47940
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*