Cynthia B. Arens, pro se
US District Court
PO Box 25670
Raleigh, NC 27611

RALEIGH NC 275
Research Triangle Region
5 JUN 2024 PM 6 L



RECEIVED
JUN 10 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

United States District Court
Eastern District of North Carolina
PO Box 25670
Raleigh, NC 27611

27611-567070