# EXHIBIT 2

## Death Certificate:

- Cause of death, block 23
- No autopsy performed, block 24a
- Manner of death, block 25
- Was not referred to medical examiner, block 26a
- Signed on May 10, 2014, block 33c
- Filed on May 14, 2014, block 35

# CERTIFICATION OF VITAL RECORD

## STATE OF NORTH CAROLINA
### PITT COUNTY
### OFFICE OF THE REGISTER OF DEEDS


EXHIBIT 2
Death Certificate

NORTH CAROLINA DEPARTMENT OF HEALTH AND HUMAN SERVICES
N.C. VITAL RECORDS
**CERTIFICATE OF DEATH**

REGISTRATION DISTRICT NO. 04-90 | LOCAL NO. ___ | COUNTY OF DEATH ___ | STATE FILE NO. ___

**DECEDENT**

1a. FIRST: Keisha
1b. MIDDLE: Marie
1c. LAST: White
1d. SUFFIX: ___
1e. LAST NAME PRIOR TO FIRST MARRIAGE: ___

2. SEX: F
3a. AGE-LAST BIRTHDAY (Yrs): 26
4. DATE OF BIRTH: October 11, 1987
5. BIRTHPLACE: Halifax Co., NC
6. DATE OF DEATH: May 10, 2014

7a. IF DEATH OCCURRED IN A HOSPITAL: ☒ Inpatient
7c. FACILITY NAME: Vidant Medical Center
7d. CITY OR TOWN: Greenville
7e. COUNTY OF DEATH: Pitt

8. MARITAL STATUS: ☒ Never married
10a. DECEDENT'S USUAL OCCUPATION: Never Worked
10b. KIND OF BUSINESS/INDUSTRY: N/A

11. SOCIAL SECURITY NUMBER: ___-__-6442
12a. RESIDENCE-STATE: North Carolina
12b. COUNTY: Halifax
12c. CITY OR TOWN: Weldon
12d. STREET AND NUMBER: 400 Poplar Street
12e. INSIDE CITY LIMITS: ☒ Yes
12f. ZIP CODE: 27890
13. WAS DECEDENT EVER IN U.S. ARMED FORCES? ☒ No

14. DECEDENT'S EDUCATION: ☒ High school graduate or GED completed
15. DECEDENT OF HISPANIC ORIGIN? ☒ No, not Spanish/Hispanic/Latino
16. DECEDENT'S RACE: ☒ Black or African American

**PARENTS**

17. FATHER'S NAME: Robert White
18. MOTHER'S NAME PRIOR TO FIRST MARRIAGE: Cynthia Bunch

19a. INFORMANT'S NAME: Cynthia Avens
19b. RELATIONSHIP TO DECEDENT: Mother
19c. MAILING ADDRESS: 400 Poplar Street, Weldon, NC 27890

**DISPOSITION**

20a. METHOD OF DISPOSITION: ☒ Burial
20b. PLACE OF DISPOSITION: Mt. Gilliam Church Cemetery
20c. LOCATION: Littleton, NC

21b. LICENSE NUMBER: FS 170
21c. NAME OF EMBALMER: Charles Bruce Fitts, Jr.
21d. LICENSE NUMBER: FS 236

22. NAME AND ADDRESS OF FUNERAL HOME: Cofield Mortuary, P.O. Box 72, Weldon, NC 27890

**CAUSE OF DEATH CERTIFICATION**

23. Part I.
a. IMMEDIATE CAUSE: Anoxic brain injury — 3 hours
b. Due to: Cardiopulmonary arrest — 4 hours
c. Due to: Acute on chronic kidney disease — 4 weeks
d. Due to: Systemic lupus erythematosis

PART II. Other significant conditions: Antiphospholipid syndrome

24a. WAS AN AUTOPSY PERFORMED? ☒ No
24b. WERE AUTOPSY FINDINGS AVAILABLE: ☒ No

25. MANNER OF DEATH: ☒ Natural
26a. WAS CASE REFERRED TO MEDICAL EXAMINER? ☒ No
27. TIME OF DEATH: 13:02
28. DID TOBACCO USE CONTRIBUTE TO DEATH? ☒ No
29. IF FEMALE: ☒ Not pregnant within past year

**CERTIFIER**

32. ☒ Certifying physician/nurse practitioner/physician assistant
33a. SIGNATURE AND TITLE OF CERTIFIER: C. ___ , D.O.
33b. LICENSE NUMBER: 18356
33c. DATE SIGNED: May 10, 2014

35. DATE REGISTERED BY STATE: 5-14-2014

Case 4:24-cv-00051-M-RN  Document 33-2  Filed 06/18/24  Page 2 of 2