# EXHIBIT 3-B
# BON Report Page(s)

Showing ECU's discrepancy in reporting Brixon's previous counseling/discipline

NR INCIDENT/COMPLAINT:


EXHIBIT
3-B
BON Report

Social Security: [redacted]  Confirmation: 53144
Date Received: 06/02/2014

Last: **BRIXON** First: **LINDA** Middle:

Type Nurse 1-RN 2-LPN: 1  NC Certificate: 115824  TL:  Compact State License:
Address: [redacted]
Primary Phone: [redacted]  Secondard Phone: 0
NP: N CRNA: N CNM: N CNS: N
Comment:

**Facility Information:**
Facility: VIDANT MEDICAL CENTER
Address: 2100 STANTONSBURG ROAD PO BOX 6028  GREENVILLE  NC  27835  06028
Phone: (252) 847-5246  0  Fax: 0
Type of Facility: HOSPITAL
Action Taken: TERMINATED

Start Date of Employment: 06/07/1999   Ending Date: 05/30/2014
Incident Date:   Time:   **Shift Worked: 7P - 7A**
**Was Nurse Working overtime at time of incident: N**
**Area of Practice at time of incident: MED SURG**
**Has the nurse been counseled or disciplined for any prior practice issues: N**
**Could licensee benefit from remedial education: N**
**Did the Nurse acknowledge or accept responsibility: N**
**Were there any sytem issues identified which may have contributed to the reported incident: N**
**Has the nurse been employed at your facility for more than 2 years: Y**
**Comment:**

**Supervisor Information:**
Name: TONY   WINSTEAD  MSN, RN, CMNL
Title: NURSE MANAGER
Phone: [redacted]  Ext. 0  Secondary: 0 Ext. 0
Supervisor Email: tony.winstead@vidanthealth.com
Is Supervisor Primary Contact: N

**Primary Contact Information:**
Name: LINDA   HOFLER  SENIOR VP NURSE EXECUTIVE
Address: [redacted]
Phone:: [redacted]  Ext. 0  Secondary: 0 Ext. 0
Best time of day to reach primary contact: 8AM - 5PM
Email: lhofler@vidanthealth.com
Comment:

**Person Making Complaint:**

ATTORNEY WORK PRODUCT/PRIVILEGED COMMUNICATION
INTERNAL WORKING NOTES

## PERSONAL/LICENSURE DATA

**Name:** Linda Leathers Brixon **License type:** RN **Certificate#:** 115824 **Date of Birth:**
███████
**Address:** ████████████████ Greenville, NC 27858
**Cell #:** ████████████ **Email Address:** ████████@hotmail.com **Licensee home phone #:** n/a
Licensee graduated from Edgecombe Community College (ADN) in 1991 and has been licensed in North Carolina since 1991, NC license expires August 31, 2015
Other states of licensure and status: n/a Other license/listings: n/a
**Prior NCBON Action:** n/a

## EMPLOYMENT INFORMATION/HISTORY

**Employer at time of reported event:** Vidant Medical Center/Greenville, NC
**Agency Contact- name/title- phone #:** Tony Winstead/Nurse Manager – (252) 847-3155
**Dates of employment:** June 7, 1999 to May 30, 2014   **Setting where incident occurred:** Hospital
**Type of unit/practice:** Medical-Surgical/Renal **Previous counseling/disciplinary actions for practice related issues:** No ☐ Yes ☒ If Yes, specify: 9/3/10 – Gave Valium to wrong patient; 3/21/11 – Failed to participate in bedside shift report; failure to round; failure to respond; inaccurate or false documentation.
**Position held:** direct patient care - RN
**2 year employment history without practice issues** ☒Yes ☐No: If no, complete:

| Agency/Employer Name | Dates of employment | Reason for separation |
|---|---|---|

## SYNOPSIS OF COMPLAINT

On September 22, 2014, the Board received an email with a public complaint from Cynthia Avens. Ms. Avens alleged the Licensee neglected her daughter, K.W., on the the 7 p.m. to 7 a.m. shift May 9 to 10, 2014. She indicated this occurred in the nephrology department at Vidant Medical Center in Greenville, NC.

The statement provided by Ms. Avens indicated the Licensee did not provide less restrictive measures for her daughter before putting her in restraints. She also reported she was told the monitor stopped giving readings of the vitals because the Licensee did not reconnect the monitor. Her daughter coded at 5:45 a.m. and died on May 10, 2014 at 1:02 p.m.

After the complaint was assigned to the Investigator on September 29, 2014 various telephone, fax and email exchanges occurred between the complainant and the Investigator as the complainant provided additional details and concerns regarding the Licensee and other staff.