# EXHIBIT 3-C
# BON Report Non-Disciplinary



# Law Office of
# Vicki F. Goldstein, PLLC

3455 Polo Road
Winston-Salem, NC 27106

Vicki F. Goldstein
Attorney at Law
Registered Nurse (FL license)

Telephone: (336) 765-3300
Facsimile: (336) 793-4848
Email: vickifgoldstein@gmail.com

September 18, 2014

Mary Howard, RN, BSN
NC Board of Nursing
P.O. Box 2129
Raleigh, NC 27602

    Re:    Linda Brixon
           Certificate #: 115824

Dear Ms. Howard:

    Please find attached the North Carolina Board of Nursing Non-Disciplinary Consent Order for Linda Brixon, which has been fully executed.

    Also attached are two (2) Certificates of Completion for the two courses required pursuant to the Consent Order. Ms. Brixon completed Sharpening Critical Thinking Skills and Professional Accountability and Legal Liability for Nurses.

    Please verify receipt of these documents. Thank you for all your assistance in this matter.

Very truly yours,

Vicki F. Goldstein

Encl.
Cc: Linda Brixon

Peggy C. Walters, EdD, MSN, MEd, NEA-BC
*Chair*
Martha Ann Harrell, Public Member
*Vice-Chair*
Julia L. George, RN, MSN, FRE
*Executive Director*



P.O. Box 2129
Raleigh, North Carolina 27602
919.782.3211
FAX 919.781.9461
Nurse Aide II Registry 919.782.7499
www.ncbon.com

September 3, 2014

Vicki F. Goldstein, PLLC
Attorney at Law
3455 Polo Road
Winston-Salem, NC 27106

Re: Non-Disciplinary Consent Order for Linda Leathers Brixon, RN

Dear Ms. Goldstein:

    Enclosed is the Letter of Charges we are required to send under 21 NCAC 36 .0217(g) notifying Ms. Brixon of the complaint, investigation and options for resolution along with other items of information. We have also included a Non-Disciplinary Consent Order.

    Please feel free to call me with any questions or concerns.

Best regards,

*Mary E. Howard*

Mary E. Howard, RN, BSN
Certified Investigator
North Carolina Board of Nursing
mhoward@ncbon.com
(919) 782-3211 ext. 237

Enc:    Letter of Charges to Licensee
        Non-Disciplinary Consent Order
        Request for Settlement/Administrative Hearing
        Course Information

Peggy C. Walters, EdD, MSN, MEd, NEA-BC
*Chair*
Martha Ann Harrell, Public Member
*Vice-Chair*
Julia L. George, RN, MSN, FRE
*Executive Director*



P.O. Box 2129
Raleigh, North Carolina 27602
919.782.3211
FAX 919.781.9461
Nurse Aide II Registry 919.782.7499
www.ncbon.com

September 3, 2014

Ms. Linda Leathers Brixon
~~[redacted]~~
Greenville, NC 27858

RE: Letter of Charges
Registered Nurse Certificate/License # 115824

Dear Ms. Brixon,

Pursuant to 21 NCAC 36 .0217(g), this Letter of Charges is the formal notification to you that an allegation of possible violations of the Nursing Practice Act has been received by the North Carolina Board of Nursing (Board) and an investigation has been completed.

On June 6, 2014, the Board received a complaint that while working at Vidant Medical Center, you failed to intervene or act, when notified multiple times by a cardiac monitoring technician that a patient was off the cardiac monitor. The statutes and rules at issue include but are not limited to N.C. Gen. Stat. 90-171.37 (8) and 21 NCAC 36 .0217(c) (11) and Components of Practice for the Registered Nurse 21 NCAC 36.0224 (b) (2) (A) and (B) and (d) (3), (4) and (5).

Enclosed with this Letter of Charges is a **NON-DISCIPLINARY CONSENT ORDER** that is an offer to you for resolution of your matter currently before the Board. If you intend to accept this **CONSENT ORDER** please return this entire document **within ten (10) days** (make a copy for your records before returning if desired), taking care to <u>initial each page</u> and <u>sign</u> (Note your signature must be <u>**Notarized**</u>), <u>on the last page indicating your desire to accept the Board's offer</u>.

If you intend to reject the proposed offer, options for resolution include appearance before the Settlement Committee or an Administrative Hearing.

Settlement Committee consists of an informal meeting with members of the Board of Nursing, who review the case and provide you the opportunity to present any mitigating circumstances that would suggest a sanction other than the one offered in the Letter of Charges. The offer in this Letter of Charges will be retracted if you elect to have your case heard by Settlement Committee. An offer for resolution will be made by the Settlement Committee. There is a fee ($300.00 per hour) associated with this option. If a settlement is NOT reached, no fee is assessed and the case is referred for Administrative Hearing.

*Serving the Public through Regulatory Excellence*

An Administrative Hearing is a formal, contested case forum, heard by members of the Board of Nursing. Evidence is taken, sworn witness testimony is given and the Board makes the decision of appropriate sanction based on information presented. If the licensee is found in violation of the Nursing Practice Act in this forum, there is an hourly fee ($300.00 per hour) associated with this option.

If you intend to request to appear before the Settlement Committee for resolution of your matter or you would like to request an Administrative Hearing in your matter, check the appropriate option on the form enclosed and return to the Board office within **10 days of the receipt of this Letter of Charges and return the Consent Order unsigned.**

If no response is received from you, a Notice of Hearing will be issued setting the matter for a hearing before the Board.

Should you have any questions please call me at the number listed below. I would be happy to assist you.

Sincerely,

Mary E. Howard

Mary E. Howard, RN, BSN
Certified Investigator
North Carolina Board of Nursing
(919) 782-3211 Ext 237
mhoward@ncbon.com