# EXHIBIT 4
# Falsified Records



## 04/16/2014 - Admission (Discharged) in Medical Intensive Care Unit (continued)

Flowsheets (group 4 of 4) (continued)

| Vital Signs | | | | | |
|---|---|---|---|---|---|
| SpO2 | 81 %! -EEVERETT at 05/11/14 1936 | 83 %! -EEVERETT at 05/11/14 1936 | 81 %! -EEVERETT at 05/11/14 1936 | 81 %! -EEVERETT at 05/11/14 1936 | 81 %! -EEVERETT at 05/11/14 1936 |
| Row Name | 05/10/14 0319 | 05/10/14 0321 | 05/10/14 0322 | 05/10/14 0323 | 05/10/14 0324 |
| SpO2 | 82 %! -EEVERETT at 05/11/14 1936 | 97 % -EEVERETT at 05/11/14 1936 | 97 % -EEVERETT at 05/11/14 1936 | 87 % -EEVERETT at 05/11/14 1936 | 94 % -EEVERETT at 05/11/14 1936 |
| Row Name | 05/10/14 0325 | 05/10/14 0329 | 05/10/14 0330 | 05/10/14 0331 | 05/10/14 0332 |
| SpO2 | 94 % -EEVERETT at 05/11/14 1936 | 49 %! -EEVERETT at 05/11/14 1936 | 31 %! -EEVERETT at 05/10/14 0643 | 19 %! -EEVERETT at 05/10/14 0643 | 25 % -EEVERETT at 05/10/14 0643 |
| Row Name | 05/10/14 0333 | 05/10/14 0334 | 05/10/14 0335 | 05/10/14 0336 | 05/10/14 0337 |
| SpO2 | 22 %! -EEVERETT at 05/10/14 0643 | 18 %! -EEVERETT at 05/10/14 0643 | 12 %! -EEVERETT at 05/10/14 0643 | 1 %! -EEVERETT at 05/10/14 0643 | 26 %! -EEVERETT at 05/10/14 0643 |
| Row Name | 05/10/14 0341 | 05/10/14 0342 | 05/10/14 0343 | 05/10/14 0344 | 05/10/14 0345 |
| SpO2 | 100 % -EEVERETT at 05/10/14 0643 | 99 % -EEVERETT at 05/10/14 0643 | 92 % -EEVERETT at 05/10/14 0643 | 87 %! -EEVERETT at 05/10/14 0643 | 83 %! -EEVERETT at 05/10/14 0643 |
| Row Name | 05/10/14 0346 | 05/10/14 0347 | 05/10/14 0348 | 05/10/14 0349 | 05/10/14 0350 |
| SpO2 | 82 %! -EEVERETT at 05/10/14 0643 | 82 %! -EEVERETT at 05/10/14 0643 | 88 %! -EEVERETT at 05/10/14 0643 | 88 %! -EEVERETT at 05/10/14 0643 | 77 %! -EEVERETT at 05/10/14 0643 |
| Row Name | 05/10/14 0351 | 05/10/14 0352 | 05/10/14 0353 | 05/10/14 0354 | 05/10/14 0355 |
| SpO2 | 78 %! -EEVERETT at 05/10/14 0643 | 75 %! -EEVERETT at 05/10/14 0643 | 65 %! -EEVERETT at 05/10/14 0643 | 65 %! -EEVERETT at 05/10/14 0643 | 67 %! -EEVERETT at 05/10/14 0643 |
| Row Name | 05/10/14 0600 | 05/10/14 0602 | 05/10/14 0604 | 05/10/14 0606 | 05/10/14 0607 |
| SpO2 | — | — | — | — | 74 %! -EEVERETT at 05/11/14 1937 |
| BP | 117/60 -EEVERETT at 05/11/14 1937 | 99/43 -EEVERETT at 05/11/14 1937 | 73/44! -EEVERETT at 05/11/14 1937 | 88/61! -EEVERETT at 05/11/14 1937 | 97/66 -EEVERETT at 05/11/14 1937 |
| BP Mean | 73 MM HG - EEVERETT at 05/11/14 1937 | 56 MM HG - EEVERETT at 05/11/14 1937 | 51 MM HG - EEVERETT at 05/11/14 1937 | 67 MM HG - EEVERETT at 05/11/14 1937 | 73 MM HG - EEVERETT at 05/11/14 1937 |
| Row Name | 05/10/14 0608 | 05/10/14 0610 | 05/10/14 0639 | 05/10/14 0640 | 05/10/14 0641 |
| Pulse | — | — | 68 -EEVERETT at 05/11/14 1937 | 72 -EEVERETT at 05/11/14 1937 | 72 -EEVERETT at 05/11/14 1937 |
| SpO2 | 74 %! -EEVERETT at 05/11/14 1937 | — | — | — | — |
| BP | 96/70 -EEVERETT at 05/11/14 1937 | 94/57 -EEVERETT at 05/11/14 1937 | — | 87/58! -EEVERETT at 05/11/14 1937 | — |
| BP Mean | 75 MM HG - EEVERETT at 05/11/14 1937 | 64 MM HG - EEVERETT at 05/11/14 1937 | — | 65 MM HG - EEVERETT at 05/11/14 1937 | — |
| Row Name | 05/10/14 0642 | 05/10/14 0643 | 05/10/14 0644 | 05/10/14 0646 | 05/10/14 0647 |
| Pulse | 73 -EEVERETT at 05/11/14 1937 | 75 -EEVERETT at 05/11/14 1937 | 76 -EEVERETT at 05/11/14 1937 | 78 -EEVERETT at 05/11/14 1937 | 78 -EEVERETT at 05/11/14 1937 |
| Row Name | 05/10/14 0648 | 05/10/14 0649 | 05/10/14 0650 | 05/10/14 0651 | 05/10/14 0652 |
| Pulse | 77 -EEVERETT at 05/11/14 1937 | 77 -EEVERETT at 05/11/14 1937 | 76 -EEVERETT at 05/11/14 1937 | 76 -EEVERETT at 05/11/14 1937 | 76 -EEVERETT at 05/11/14 1937 |

White, Keisha Marie
MRN: 741644
SSN: xxx-xx-6442

Page 402

Printed by GCCLEMON at 11/22/23 3:43 PM

Case 4:24-cv-00051-M-RN   Document 33-6   Filed 06/18/24   Page 2 of 4

## 04/16/2014 - Admission (Discharged) in Medical Intensive Care Unit (continued)

### Flowsheets (group 4 of 4) (continued)

|  |  | 05/10/14 0653 | 05/10/14 1037 |
|---|---|---|---|
| Dressing | — | Applied;Intact - EEVERETT at 05/10/14 0653 | Intact -E34273 at 05/10/14 1037 |
| Infusion Mode | — | Gravity -EEVERETT at 05/10/14 0653 | Pump -E34273 at 05/10/14 1037 |
| Fluid Infusing | — | NS -EEVERETT at 05/10/14 0653 | Epinephrine, Levophed -E34273 at 05/10/14 1037 |

### Vital Signs

| Row Name | 05/10/14 0140 | 05/10/14 0142 | 05/10/14 0145 | 05/10/14 0146 | 05/10/14 0200 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| Pulse | — | — | — | — | 89 -LLBRIXON at 05/10/14 0207 |
| SpO2 | 69 % ! -EEVERETT at 05/11/14 1935 | 48 % ! -EEVERETT at 05/11/14 1935 | 65 % ! -EEVERETT at 05/11/14 1935 | 61 % ! -EEVERETT at 05/11/14 1935 | 62 % ! -LLBRIXON at 05/10/14 0207 |
| BP | — | — | — | — | 131/102 ! - LLBRIXON at 05/10/14 0207 |
| BP Mean | — | — | — | — | 109 MM HG - LLBRIXON at 05/10/14 0207 |

| Row Name | 05/10/14 0205 | 05/10/14 0206 | 05/10/14 0207 | 05/10/14 0208 | 05/10/14 0209 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| Pulse | 88 -EEVERETT at 05/11/14 1935 | 87 -EEVERETT at 05/11/14 1935 | 88 -EEVERETT at 05/11/14 1935 | 87 -EEVERETT at 05/11/14 1935 | 87 -EEVERETT at 05/11/14 1935 |

| Row Name | 05/10/14 0210 | 05/10/14 0211 | 05/10/14 0212 | 05/10/14 0213 | 05/10/14 0219 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| Pulse | 87 -EEVERETT at 05/11/14 1935 | 87 -EEVERETT at 05/11/14 1935 | 87 -EEVERETT at 05/11/14 1935 | 88 -EEVERETT at 05/11/14 1935 | — |
| SpO2 | — | — | — | 83 % ! -EEVERETT at 05/11/14 1935 | 100 % -EEVERETT at 05/11/14 1935 |

| Row Name | 05/10/14 0220 | 05/10/14 0221 | 05/10/14 0222 | 05/10/14 0223 | 05/10/14 0224 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| SpO2 | 95 % -EEVERETT at 05/11/14 1935 | 92 % -EEVERETT at 05/11/14 1935 | 89 % ! -EEVERETT at 05/11/14 1935 | 54 % ! -EEVERETT at 05/11/14 1935 | 100 % -EEVERETT at 05/11/14 1935 |

| Row Name | 05/10/14 0225 | 05/10/14 0227 | 05/10/14 0231 | 05/10/14 0232 | 05/10/14 0233 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| SpO2 | 100 % -EEVERETT at 05/11/14 1935 | 38 % ! -EEVERETT at 05/11/14 1935 | 87 % ! -EEVERETT at 05/11/14 1935 | 89 % ! -EEVERETT at 05/11/14 1935 | 88 % ! -EEVERETT at 05/11/14 1935 |

| Row Name | 05/10/14 0234 | 05/10/14 0235 | 05/10/14 0236 | 05/10/14 0237 | 05/10/14 0240 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| SpO2 | 81 % ! -EEVERETT at 05/11/14 1935 | 81 % ! -EEVERETT at 05/11/14 1935 | 82 % ! -EEVERETT at 05/11/14 1935 | 83 % ! -EEVERETT at 05/11/14 1935 | 85 % ! -EEVERETT at 05/11/14 1935 |

| Row Name | 05/10/14 0250 | 05/10/14 0251 | 05/10/14 0254 | 05/10/14 0255 | 05/10/14 0259 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| SpO2 | 96 % -EEVERETT at 05/11/14 1935 | 94 % -EEVERETT at 05/11/14 1935 | 86 % ! -EEVERETT at 05/11/14 1935 | 88 % ! -EEVERETT at 05/11/14 1935 | 78 % ! -EEVERETT at 05/11/14 1935 |

| Row Name | 05/10/14 0300 | 05/10/14 0301 | 05/10/14 0306 | 05/10/14 0311 | 05/10/14 0312 |
|---|---|---|---|---|---|
| Vital Signs | | | | | |
| SpO2 | 76 % ! -EEVERETT at 05/11/14 1935 | 87 % ! -EEVERETT at 05/11/14 1935 | 97 % -EEVERETT at 05/11/14 1935 | 84 % ! -EEVERETT at 05/11/14 1936 | 80 % ! -EEVERETT at 05/11/14 1936 |
| Row Name | 05/10/14 0313 | 05/10/14 0314 | 05/10/14 0315 | 05/10/14 0316 | 05/10/14 0317 |

White, Keisha Marie
MRN: 741644
SSN: xxx-xx-6442

Page 401

Printed by GCCLEMON at 11/22/23 3:43 PM

Case 4:24-cv-00051-M-RN   Document 33-6   Filed 06/18/24   Page 3 of 4

## 04/16/2014 - Admission (Discharged) in Medical Intensive Care Unit (continued)

### Flowsheets (group 4 of 4) (continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| BP | — | — | 88/63 -EEVERETT at 05/11/14 1937 | — | — | |
| BP Mean | — | — | 69 MM HG - EEVERETT at 05/11/14 1937 | — | — | |

| Row Name | 05/10/14 0653 | 05/10/14 0700 | 05/10/14 0701 | 05/10/14 0800 | 05/10/14 0900 |
|---|---|---|---|---|---|
| **Vital Signs** | | | | | |
| Temp | — | — | — | 32.8 °C (91 °F) - E34273 at 05/10/14 0955 | 33 °C (91.4 °F) - E34273 at 05/10/14 1033 |
| Temp Source | — | — | — | Transesophageal - E34273 at 05/10/14 1006 | Transesophageal - E34273 at 05/10/14 1006 |
| Pulse | 76 -EEVERETT at 05/11/14 1937 | — | — | 77 -E34273 at 05/10/14 0955 | 76 -E34273 at 05/10/14 1033 |
| Resp | — | — | — | 18 -E34273 at 05/10/14 1006 | 18 -E34273 at 05/10/14 1006 |
| BP | — | — | — | 93/66 -E34273 at 05/10/14 0955 | 92/67 -E34273 at 05/10/14 1033 |
| BP Mean | — | — | — | 73 MM HG -E34273 at 05/10/14 0955 | 73 MM HG -E34273 at 05/10/14 1033 |
| **Epinephrine** | | | | | |
| Dose (mcg/min) | — | 10 mcg/min -E34273 at 05/10/14 0748 | 20 mcg/min -E34273 at 05/10/14 1035 | 18 mcg/min (Action automatically changed) -E34273 at 05/10/14 1035 | 15 mcg/min -E34273 at 05/10/14 1035 |
| Rate | — | 60 mL/hr -E34273 at 05/10/14 0748 | 120 mL/hr -E34273 at 05/10/14 1035 | 108 mL/hr (Action automatically changed) - E34273 at 05/10/14 1035 | 90 mL/hr -E34273 at 05/10/14 1035 |
| Volume | — | — | 1 ml -E34273 at 05/10/14 1036 | 118 ml -E34273 at 05/10/14 1036 | 108 ml -E34273 at 05/10/14 1036 |
| **Norepinephrine** | | | | | |
| Dose (mcg/min) | — | 2 mcg/min -E34273 at 05/10/14 1034 | 10 mcg/min -E34273 at 05/10/14 1034 | 20 mcg/min -E34273 at 05/10/14 1034 | 30 mcg/min -E34273 at 05/10/14 1034 |
| Rate | — | 7.5 mL/hr -E34273 at 05/10/14 0748 | 37.5 mL/hr -E34273 at 05/10/14 1034 | 75 mL/hr -E34273 at 05/10/14 1034 | 112.5 mL/hr -E34273 at 05/10/14 1034 |
| Volume | — | — | 0.13 ml -E34273 at 05/10/14 1006 | 36.87 ml -E34273 at 05/10/14 1036 | 75 ml -E34273 at 05/10/14 1036 |

| Row Name | 05/10/14 0920 | 05/10/14 1000 | 05/10/14 1030 | 05/10/14 1058 |
|---|---|---|---|---|
| **Vital Signs** | | | | |
| Temp | — | 33.5 °C (92.3 °F) - E34273 at 05/10/14 1033 | — | — |
| Temp Source | — | Transesophageal - E34273 at 05/10/14 1036 | — | — |
| Pulse | — | 78 -E34273 at 05/10/14 1033 | — | — |
| Resp | — | 14 -E34273 at 05/10/14 1036 | — | — |
| BP | — | 99/70 -E34273 at 05/10/14 1033 | — | — |
| BP Mean | — | 77 MM HG -E34273 at 05/10/14 1033 | — | — |
| **Pain** | | | | |
| Pain Assessment | — | Behavioral Pain Scale (Intubated Nonverbal Adult Patients) -E34273 at 05/10/14 1036 | — | — |
| Patient Acceptable Pain Goal | — | 4 -E34273 at 05/10/14 1036 | — | — |