# EXHIBIT 5
# NC SBI Contact Us Page

Reveals areas of original jurisdiction and instructions for reporting other types of cases



Search NCSBI.gov



# North Carolina State Bureau of Investigation

HOME     DIVISIONS     SERVICES     NCISAAC     BETA     CAREERS

CONTACT US

Contact Us

# Contact Us

The State Bureau of Investigation has original jurisdiction in the following crimes: narcotics, arson, election laws, state property, environmental crimes, human trafficking and child sexual abuse in day care centers. If you have information or questions about other crimes, please contact your local law enforcement agency.

**NOTE:**

If you have questions about **Background Checks**, please check the **Frequently Asked Questions** first.

If you have questions about **Expungements**, please check the **Frequently Asked Questions** first. You can also find out the **months currently being processed**.

\* Name:

\* Email Address:

\* Select a Recipient:
Select One

Questions or Comments:

Answer the question below:

Is 1 > than 3? (true/false)

Submit

**Telephone Contact Information**

Main Number ☎ (919) 662-4500

NC ISAAC ☎ 1-888-624-7222
*Information Sharing and Analysis Center*

SBI District Offices

Employee/Agency Commendation

---

### Investigations

Arson and Fire
Clandestine Labs
Cold Cases
Computer Crime
Financial Crimes
Misuse of State Property

### Services

Administrative Rules
Background Checks
Law Enforcement Forms
Operation Medicine Drop
Report Suspected Arson
Sex Offender Registry



**Director Bob Schurmeier**

© North Carolina State Bureau of Investigation 2024