# EXHIBIT 11

# ECU Health Finances Over Safety

- ECU Health Medical Center Safety Grades
- ECU Health North Safety Grades
- Nash Hospital, Inc. Safety Grades
- System of Care Page from PCMH 2018 Vendor Policy Handbook
- System of Care Pages from ECU Health's Website as of 2023

en
6/17/24, 11:04 AM  ECU Health Medical Center - NC - Hospital Safety Grade





EXHIBIT
11
ECU finances
over safety

## ECU Health Medical Center

2100 Stantonsburg Rd
Greenville, NC 27834

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**



SPRING 2024

▼ Hide Recent Past Grades



2023: C FALL 2023, C SPRING 2023
2022: C FALL 2022, C SPRING 2022
2021: C FALL 2021, C SPRING 2021

More about past grades

Detailed table view

 NEW  Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade





Infections ˅ | Problems with Surgery ˅ | Safety Problems | Practices to Prevent Errors ˅ | Doctors, Nurses & Hospital Staff ˅
https://www.hospitalsafetygrade.org/h/ecu-health-medical-center  1/3

Case 4:24-cv-00051-M-RN  Document 33-13  Filed 06/18/24  Page 2 of 14

| Harmful events | Dangerous bed sores | Patient falls and injuries | Falls causing broken hips | Collapsed lung | Dangerous blood clot | Air or gas bubble in the blood |

Hospital Performs Worse Than Average ▬▬▬▬▬▬▬ Better Than Average

**This Hospital's Score:**
1.01

**Best Hospital's Score:**
0.55

**Average Hospital's Score:**
1.01

**Worst Hospital's Score:**
2.74

**Harmful Events**

Patients can experience complications and potentially harmful events following a surgery, a procedure, or childbirth. When all of these errors are examined together, it gives a better picture of a hospital's ability to keep its patients safe.

*This number represents the number of times patients experienced dangerous safety-related adverse events for every 1,000 people discharged. For details on sources, click here.*

**What safer hospitals do:**

These potentially avoidable safety events represent opportunities for improving patient care. Staff should document when errors happen, discuss how the error occurred, and develop a plan to prevent future errors.

## Notes and Definitions

**1. Declined to Report:** The hospital was asked to provide this information to the public, but did not.

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.



# The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.

© Copyright 2024, The Leapfrog Group. Updated May 1, 2024.




A program of

## ECU Health North Hospital

250 Smith Church Road
Roanoke Rapids, NC 27870

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**



SPRING 2024

▼ Hide Recent Past Grades



More about past grades

Detailed table view

 Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



| Infections ∨ | Problems with Surgery ∨ | Safety Problems | Practices to Prevent Errors ∨ | Doctors, Nurses & Hospital Staff ∨ |



| Harmful events | Dangerous bed sores | Patient falls and injuries | Falls causing broken hips | Collapsed lung | Dangerous blood clot | Air or gas bubble in the blood |

Hospital Performs Worse Than Average ▬▬▬▬▬▬ Better Than Average

**This Hospital's Score:**
1.16

**Best Hospital's Score:**
0.55

**Average Hospital's Score:**
1.01

**Worst Hospital's Score:**
2.74

**Harmful Events**

Patients can experience complications and potentially harmful events following a surgery, a procedure, or childbirth. When all of these errors are examined together, it gives a better picture of a hospital's ability to keep its patients safe.

*This number represents the number of times patients experienced dangerous safety-related adverse events for every 1,000 people discharged. For details on sources, click here.*

**What safer hospitals do:**

These potentially avoidable safety events represent opportunities for improving patient care. Staff should document when errors happen, discuss how the error occurred, and develop a plan to prevent future errors.

## Notes and Definitions

**1. Declined to Report:** The hospital was asked to provide this information to the public, but did not.

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.



## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2024, The Leapfrog Group. Updated May 1, 2024.




## Nash Hospitals, Inc.

2460 Curtis Ellis Drive
Rocky Mount, NC 27804-2237

View this hospital's Leapfrog Hospital Survey Results

**This Hospital's Grade**



SPRING 2024

▼ Hide Recent Past Grades



2023 — B FALL 2023 | A SPRING 2023
2022 — A FALL 2022 | B SPRING 2022
2021 — A FALL 2021 | A SPRING 2021

More about past grades

Detailed table view

 Order 2½ years of detailed scoring for this hospital for $2.95

Learn how to use the Leapfrog Hospital Safety Grade



| Infections ˅ | Problems with Surgery ˅ | Safety Problems | Practices to Prevent Errors ˅ | Doctors, Nurses & Hospital Staff ˅ |



| Harmful events | Dangerous bed sores | Patient falls and injuries | Falls causing broken hips | Collapsed lung | Dangerous blood clot | Air or gas bubble in the blood |

Hospital Performs Worse Than Average ▬▬▬▬▬▬▬ Better Than Average

**This Hospital's Score:**
0.93

**Best Hospital's Score:**
0.55

**Average Hospital's Score:**
1.01

**Worst Hospital's Score:**
2.74

### Harmful Events

Patients can experience complications and potentially harmful events following a surgery, a procedure, or childbirth. When all of these errors are examined together, it gives a better picture of a hospital's ability to keep its patients safe.

*This number represents the number of times patients experienced dangerous safety-related adverse events for every 1,000 people discharged.* [For details on sources, click here.](#)

### What safer hospitals do:

These potentially avoidable safety events represent opportunities for improving patient care. Staff should document when errors happen, discuss how the error occurred, and develop a plan to prevent future errors.

## Notes and Definitions

**1. Declined to Report:** The hospital was asked to provide this information to the public, but did not.

**2. Not Available:** "Not Available" means that the hospital does not have data for this measure. This could be because the measure is related to a service the hospital does not provide. For example, a hospital that does not have an ICU would not be able to report data about ICUs. It could also be because the hospital had too few patients or cases to report data for a particular condition or procedure. A "Not Available" result does not mean that the hospital withheld information from the public.

LEGAL DISCLAIMER: The Leapfrog Hospital Safety Grade scores hospitals on their overall performance in keeping patients safe from preventable harm and medical errors. The grades are derived from expert analysis of publicly available data using up to 31 evidence-based, national measures of hospital safety. No specific representation is made, nor shall be implied, nor shall The Leapfrog Group be liable with respect to any individual patient's potential or actual outcome as a result of receiving services performed at any of these hospitals. Leapfrog Hospital Safety Grades cannot be republished without expressed written permission from The Leapfrog Group.



## The Leapfrog Hospital Safety Grade

The Leapfrog Hospital Safety Grade is a public service provided by The Leapfrog Group, an independent nonprofit organization committed to driving quality, safety, and transparency in the U.S. health system.

By viewing this website you are agreeing to our TERMS OF USE. The information viewed on this site is not intended to be the only or primary means for evaluating hospital quality nor is it intended to be relied upon as advice or a recommendation or an endorsement about which hospitals to use or the quality of the medical treatment that you receive from a hospital or other health care provider. You are solely responsible for any and all decisions with respect to your medical treatment. Neither Leapfrog nor its affiliates are responsible for any damages or costs you might incur with respect to your use of this site. Never disregard, avoid or delay in obtaining medical advice from your doctor or other health care professional because of something that you have read on this site as the site is not intended to be a substitute for professional medical advice.
© Copyright 2024, The Leapfrog Group. Updated May 1, 2024.

# Our system of care today — PCMH Vendor Policy Handbook page 2018



- 12,000 + team members
- 8 hospitals
- 85 + physician practices
- Outpatient, home health and hospice
- Air and ground critical care transport
- Serving 1.4 million people in 29 counties
- 1/3 of North Carolina
- 1.6 billion in net patient revenue annually
- Integrating with Brody School of Medicine at ECU

Vidant Health | 7

**ECU Health Wellness Centers**

Define your fitness goals and achieve your optimal health with us.

LEARN MORE (HTTPS://LOCATIONS.ECUHEALTH.ORG/?TYPE=50)

*System of Care from ECU Health website 2023*

## Facts & Figures

We are a mission-driven health system serving more than 1.4 million people in 29 counties. As a lifelong partner in health services and education, we empower our patients to live healthier, happier lives. Below is just a snapshot of what makes us, us:



- **1,708** Licensed Beds
- **62,717** Admissions
- **432,010** Outpatient Visits
- **259,133** Emergency Visits
- **698** Open Heart Surgeries
- **6,364** Births
- **14,000+** Total Employees
- **$2,514,916,000** Net Operating Revenue

*Fiscal year 2023, updated annually

## Economic Impact



## $4 BILLION
to North Carolina's gross state product

*Source: FY 2021 data

*Showing the 9 hospitals 2023*

### Patient Service Statistics

| Hospital | Admissions | Surgeries | Births | ED Visits | Outpatient Visits |
|---|---|---|---|---|---|
| ECU Health Medical Center* | 41,268 | 37,184 | 3,935 | 92,639 | 210,297 |
| ECU Health Beaufort Hospital - A Campus of ECU Health Medical Center | 4,305 | 3,391 | 301 | 21,664 | 26,585 |
| ECU Health Bertie Hospital | 305 | 393 | 0 | 11,546 | 15,135 |
| ECU Health Chowan Hospital | 1,812 | 1,043 | 329 | 17,770 | 24,789 |
| ECU Health Duplin Hospital | 2,998 | 1,821 | 422 | 26,029 | 22,322 |
| ECU Health Edgecombe Hospital | 2,796 | 2,238 | 333 | 25,111 | 24,038 |
| ECU Health North Hospital | 3,827 | 2,683 | 457 | 23,493 | 34,068 |
| ECU Health Roanoke-Chowan Hospital | 3,933 | 1,511 | 273 | 19,984 | 42,666 |
| Outer Banks Health Hospital | 1,473 | 2,457 | 314 | 20,897 | 32,110 |
| Total | 62,717 | 52,721 | 6,364 | 259,133 | 432,010 |

*Surgeries for ECU Health SurgiCenter included in total

*Source: FY 2023 data, updated annually

# System of Care

Explore ECU Health's network of convenient care

Home (https://www.ecuhealth.org/) · About Us (https://www.ecuhealth.org/about-us/) · System of Care

## Get to know ECU Health's award-winning facilities.

Across eastern North Carolina, we're there for you. ECU Health's system of care includes 1,708 beds across an academic medical center with two campuses, and is a teaching hospital for the Brody School of Medicine at East Carolina University; eight community hospitals; and numerous outpatient facilities, home health, hospice and wellness centers. The system has more than 1,100 academic and community providers practicing in over 185 primary and specialty clinics located in more than 110 locations.



(https://www.ecuhealth.org/wp-content/uploads/2024/04/Map-v2.jpg)

**ABOUT ECU HEALTH (HTTPS://WWW.ECUHEALTH.ORG/ABOUT-US/)**

Overview