IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:24-cv-00051-M-RN

CYNTHIA B. AVENS,

       Plaintiff,

v.

FARIS C. DIXON, JR., District Attorney;
PITT COUNTY MEMORIAL HOSPITAL,
INC.;
DR. KAREN KELLY, Medical Examiner;
JOHN/JANE DOE; and
JOHN/JANE DOE,

       Defendants.

ORDER

This matter comes before the court on an Amended Complaint filed by the Plaintiff pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure. DE 33. "Ordinarily, an amended complaint supersedes those that came before it." *Goodman v. Diggs*, 986 F.3d 493, 498 (4th Cir. 2021) (citing *Young v. City of Mount Ranier*, 238 F.3d 567, 572 (4th Cir. 2001)). In light of Plaintiff's filing, the motions to dismiss Plaintiff's Complaint [DE 22, 24, 26] are DENIED WITHOUT PREJUDICE as moot. Defendants shall file answers or other responses to the Amended Complaint in accordance with Rule 15(a). In addition, the Clerk of the Court shall modify the case caption as set forth above.

SO ORDERED this __26th__ day of June, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE