UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:24-CV-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | **PROPOSED ORDER GRANTING ECU** |
| ) | **HEALTH'S MOTION FOR** |
| ) | **EXTENSION OF TIME** |
| ) | **TO RESPOND TO PLAINTIFF'S** |
| FARIS C. DIXON, JR., DISTRICT ) | **AMENDED COMPLAINT** |
| ATTORNEY, PITT COUNTY ) | |
| MEMORIAL HOSPITAL, INC., ) | JURY DEMAND |
| DR. KAREN KELLY, MEDICAL ) | |
| EXAMINER, JOHN/JANE DOE, ) | |
| and JOHN/JANE DOE ) | |
| ) | |
| Defendants. ) | |

This matter came before the Court on Defendant Pitt County Memorial Hospital Inc.'s ("ECU Health") Motion for Extension of Time to Respond to Plaintiff's Amended Complaint. Upon review of the file and for other good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That ECU Health's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint is hereby granted.

2. ECU Health shall have through and including July 16, 2024, to file its response to Plaintiff's Amended Complaint.

Date: _____

_____
Magistrate Judge Robert T. Numbers, II