IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-00051-M

| | |
|---|---|
| **Cynthia B. Avens,**<br><br>        Plaintiff,<br><br>v.<br><br>**Faris C. Dixon, Jr.,** et al.,<br><br>        Defendants. | **Order** |

      In light of the filing of the amended complaint, the motion to stay (D.E. 30) is granted in part. The parties need not conduct their Rule 26(f) conference at this time. Once all defendants have responded to the amended complaint, the Clerk of Court will file a new order for a discovery plan, which will set a deadline for holding the Rule 26(f) conference. If one or more parties believes a further stay is necessary at that point, they should file a motion seeking such relief.

Dated: June 27, 2024.

                                                        *Robert T. Numbers II*
                                                        ROBERT T. NUMBERS, II
                                                        UNITED STATES MAGISTRATE JUDGE