IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CIVIL ACTION NO: 4:24-cv-00051-M-RN

CYNTHIA B. AVENS,

    Plaintiff,

v.

FARIS C. DIXON, JR., DISTRICT ATTORNEY, PITT COUNTY MEMORIAL HOSPITAL, INC., DR. KAREN KELLY, MEDICAL EXAMINER, JOHN/JANE DOE, and JOHN/JANE DOE,

    Defendants.

**ORDER GRANTING DR. KAREN KELLY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

THIS MATTER comes before the Court upon Defendant Dr. Karen Kelly's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (D.E. 33). Upon review of the file and for other good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Dr. Karen Kelly's Motion for Extension of Time to Respond to Plaintiff's Amended Complaint is hereby granted.

    2.    Dr. Kelly shall have through and including July 16, 2024, to file its response to Plaintiff's Amended Complaint.

This 28th day of June, 2024.

                                  /s/ Peter A. Moore, Jr.
                                  Peter A. Moore, Jr., Clerk of Court