

**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
Post Office Box 25670
Raleigh, North Carolina 27611

Phone: (919) 645-1700
Fax:  (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

July 3, 2024

Cynthia B. Avens
303 Riverside Trl
Roanoke Rapids, NC 27870

RE:  Avens v. Dixon et al
 4:24-cv-51-M-RN

**Notice to Pro Se Party Regarding Response to Motion to Dismiss Filed on 7/2/2024— Docket Entries #43**

Dear Plaintiff:

*This letter provides important information about your case.*

    Defendant Dixon has filed a motion to dismiss in the above-captioned case. Local Civil Rule 7.1(f), EDNC, provides that you must respond to a motion within twenty-one (21) days of the date of service of the motion. If you fail to respond, the court may grant the motion and your case could be dismissed. Your material in opposition to the motion to dismiss must be filed with the court on or before July 14, 2024.

    Under Rule 5 of the Federal Rules of Civil Procedure and Standing Order 18-SO-5, you must serve a copy of anything that you file with the court on any party who is a not a registered user of CM/ECF (i.e., a pro se party who has not registered for e-noticing).

Sincerely,
Peter A. Moore, Jr., Clerk of Court

*Kimberly McNally*

By:  Kimberly R. McNally
 Deputy Clerk