

# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

PRIORITY MAIL
FLAT RATE PADDED ENVELO
POSTAGE REQUIRED

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.
** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Attn:
Kimberly McNally

RECEIVED
JUL 17 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



Padded Flat Rate Envelope
EP14PE September 2020
ID: 9.5 x 12.5

---

UNITED STATES POSTAL SERVICE® — Click-N-Ship®



P
US POSTAGE
Flat Rate Env
$9.85
usps.com

9405 5036 9930 0700 4114 26 0098 5000 0012 840

U.S. POSTAGE PAID



07/15/2024    Mailed from 28401    98673428528993

## PRIORITY MAIL®

KIMBERLY R MCNALLY
C/O US DISTRICT COURT
2 PRINCESS ST
WILMINGTON NC 28401-3986

Expected Delivery Date: 07/17/2

0003

C099



US DISTRICT COURT
2 PRINCESS ST
WILMINGTON NC 28401-3986

### USPS TRACKING #



9405 5036 9930 0700 4114 26

Electronic Rate Approved #038555749

