IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>FARIS C. DIXON, JR., District Attorney; )<br>VIDENT/ECU HEALTH MEDICAL )<br>CENTER DR. KAREN KELLY, Medical )<br>Examiner; JOHN/JANE DOE; )<br>JOHN/JANE DOE; JOHN/JANE DOE, )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the court on Defendants' Renewed Motion to Stay Discovery, filed July 22, 2024 (DE 54). Defendants have each moved to dismiss Plaintiff's amended complaint asserting, inter alia, lack of subject matter jurisdiction and failure to state claim. They request that the court "continue the deadline for the Rule 26(f) conference and . . . postpone entry of a Scheduling Order pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, as well as initial disclosures and discovery" until after the court's ruling on Defendants' motions to dismiss. Plaintiff has not responded to Defendants' motion to stay, and the time for doing so has expired.[1]

For good cause shown, the court GRANTS Defendants' motion (DE 54)

---

[1] Defendants represent that Plaintiff opposes the motion to stay.

and STAYS discovery in this matter pending resolution of the motions to dismiss Plaintiff's amended complaint filed by Defendants. A Case Management Order setting forth discovery deadlines and pretrial procedures will be entered upon the court's disposition of Defendants' motions to dismiss, if appropriate. Within twenty-one (21) days after the court's ruling on the motions, the parties shall confer and submit a Rule 26(f) report and discovery plan for the court's consideration.

    This the \_\_\_\_ day of \_\_\_\_\_ 2024.

_____
ROBERT T. NUMBERS, II
United States Magistrate Judge