# EXHIBIT 13

# CALEA STANDARDS

## 42.2.1 (LE1)

(M M M M) (LE1) Preliminary Investigations Steps

A written directive establishes steps to be followed in conducting preliminary investigations, to include:

   a. observing all conditions, events, and remarks;

   b. locating and identifying witnesses;

   c. maintaining and protecting the crime scene and arranging for the collection of evidence; and

   d. interviewing the complainant, witnesses, and suspects.

Commentary

A properly conducted and documented preliminary investigation may be sufficient to bring the case to a satisfactory conclusion, thus limiting the need for a follow-up investigation. The investigation usually includes the following tasks: protecting the crime scene to ensure that evidence is not lost or contaminated; determining whether an offense has actually been committed and, if so, the exact nature of the offense; determining the identity of the suspect or suspects and effecting an arrest if it can be accomplished either at the scene or through immediate pursuit; furnishing other field units, through the communications system, descriptions, method, and direction of flight, and other relevant information concerning wanted persons or vehicles; obtaining complete identification of all witnesses; determining what information is known by the victims and witnesses; arranging for the collection of evidence; determining in detail the exact circumstances of the offense; obtaining written statements from victims, witnesses, and if legally possible, from the suspect; agency provides checklists to aid in criminal investigations; and accurately and completely recording all pertinent information on prescribed report forms. The standard is not intended to preclude personnel conducting the preliminary investigation from being assigned to the follow-up investigation. (M M M M) (LE1)

## 42.2.2

(M M M M) Follow-Up Investigations Steps

A written directive establishes steps to be followed in conducting follow-up investigations to include, at a minimum:

   a. reviewing and analyzing all previous reports prepared in the preliminary phase, departmental records, and results from laboratory examinations;

   b. conducting additional interviews and interrogations;

   c. seeking additional information;

   d. planning, organizing, conducting searches, and collecting physical evidence;

   e. identifying and apprehending suspects;

   f. determining involvement of suspects in other crimes;

   g. checking suspects' criminal histories; and

   h. preparing cases for court presentation.

### Commentary

Maintaining contact with principals in any investigation is valuable in building public confidence in the agency as well as indicating that the law enforcement agency is genuinely concerned about the welfare of the victim and other citizens associated with the case. Agencies should seek to communicate in the most transparent manner possible regarding investigative efforts. Agencies should provide a checklist to aid in criminal investigations. (M M M M)