# EXHIBIT 14

# Letter from Former GPD Chief, Mark Holtzman



500 S. Greene Street
Greenville, NC 27834

**Greenville**
POLICE DEPARTMENT

Mark Holtzman
Chief of Police

December 7, 2015

Mrs. Cynthia Avens

Dear Mrs. Avens:

I recently received a communication from Dawn Barone regarding your daughter's case. Captain Rob Williams has briefed me on the incident involving your daughter. Please permit me to express my sorrow for the loss of your daughter.

As I understand it, our police department was asked to review the matter. Detective Alvaro Elias of the Criminal Investigations Bureau was assigned to review all of the documentation that you were able to provide. Moreover, Detective Elias reviewed all of the available materials with both the State Bureau of Investigation and the Pitt County District Attorney's Office. Lastly, the North Carolina Office of the Chief Medical Examiner was requested to conduct an additional review.

After a thorough review of the materials, it was determined by all of the agencies involved that this was not a criminal matter and there was no basis to pursue a criminal prosecution. On September 2, 2015, Captain Williams spoke with you by telephone and advised you of this finding. He also advised you that your remaining option would be to pursue recourse through civil action.

Based on all of the information available, it is clear that a thorough review of the facts that this matter has been conducted by several law enforcement agencies and each review resulted in a finding that this was not a criminal matter. As such, the Greenville Police Department has concluded its review.

If I may provide further assistance, do not hesitate to contact me.

Sincerely,

Mark Holtzman
Chief of Police