CYNTHIA AVENS
252-2037107
303 RIVERSIDE TRAIL
ROANOKE RAPIDS NC 27870

1 LBS     1 OF 1
DWT: 12,10,1

SHIP TO:
U.S. DISTRICT COURT
2 PRINCESS STREET
WILMINGTON NC 28401

NC 284 0-02

UPS NEXT DAY AIR     1
TRACKING #: 1Z 9H7 9RT 01 2178 1829

BILLING: P/P
DIRECT DELIVERY ONLY

XOL 24.08.02     NV4S 34.0A 08/2024*

X-RAYED CSO

X-RAYED CSO

RECEIVED
AUG 22 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC