


**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL**

PRIORITY
FLAT RATE PADDED
POSTAGE REC[...]

RECEIVED
AUG 2 2 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

Case# 4:24-cv-00051-M
Attn: Kimberly McNally



Click-N-Sh[ip]

usps.com    9405 5036 9930 0706 8780 01 0106 000
$10.60
US POSTAGE
Padded FR Env    U.S. POSTAGE PAID

08/17/2024    Mailed from 27870    9867[...]

**PRIORITY MAIL®**

CYNTHIA B AVENS
AVENS
303 RIVERSIDE TRL
ROANOKE RAPID NC 27870-9576

Expected Delivery D[...]

C099

X-RAYED
CSO


US DISTRICT COURT
2 PRINCESS ST
WILMINGTON NC 28401-3986

**USPS TRACKING #**



9405 5036 9930 0706 8780 01

Case 4:24-cv-00051-M-RN    Document 62-3    Filed 08/22/24    Page 1 of 1