# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION
# Civil Action Number 4:24-CV-00051-M-RN

| | | |
|---|---|---|
| CYNTHIA B. AVENS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FARIS C. DIXON, JR., DISTRICT ATTORNEY, PITT COUNTY MEMORIAL HOSPITAL, INC., DR. KAREN KELLY, MEDICAL EXAMINER, JOHN/JANE DOE, and JOHN/JANE DOE, | ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter came before the Court on Defendant Pitt County Memorial Hospital Inc.'s Motion for to Seal Document Filed by Plaintiff at D.E. 57-1 (the "Motion"). The Court has considered the Motion and finds that no further notice need to be provided to grant the relief requested. Based on the Motion, the pleadings in this case, and cause shown, good cause exists for granting the relief requested. Wherefore, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Clerk of this Court is hereby directed to seal D.E 57-1, as further identified in the Motion, from public view on the Court's electronic filing system and elsewhere, whether as an individual document, an attachment, or otherwise.

Date: _____                    _____
                                         Magistrate Judge Robert T. Numbers, II