**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**EASTERN DIVISION**
**Civil Action Number 4:24-CV-00051-M-RN**

| | |
|---|---|
| CYNTHIA B. AVENS | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) RESPONSE IN OPPOSITION TO |
| | ) PLAINTIFF'S MOTION TO STRIKE |
| FARIS C. DIXON, JR., DISTRICT | ) |
| ATTORNEY, PITT COUNTY | ) |
| MEMORIAL HOSPITAL, INC., DR. | ) |
| KAREN KELLY, MEDICAL EXAMINER, | ) |
| JOHN/JANE DOE, and JOHN/JANE DOE, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

Defendant Pitt County Memorial Hospital, Inc. d/b/a ECU Health Medical Center ("ECU Health") respectfully submits this Response in Opposition to Plaintiff Cynthia B. Avens' ("Avens") Motion to Strike. (D.E. 61.)

## ARGUMENT

Consistent with Local Rule 7.1(g) and Local Rule 5.1(f)(2), ECU Health's Reply in Support of its Motion to Dismiss Plaintiff's Amended Complaint (the "Reply") was timely filed within fourteen days after the date of the Notice of Electronic Filing for Avens' Response in Opposition to ECU Health's Motion to Dismiss (*i.e.*, August 6, 2024). While Avens takes issue with the substantive content of ECU Health's Reply,[1] she does not otherwise endeavor to identify a basis for striking the Reply.

## CONCLUSION

ECU Health respectfully requests that the Court deny Avens' Motion to Strike.

---

[1] Undersigned counsel stands by the representations and arguments set forth in the Reply.

Respectfully submitted, this the 3rd day of September, 2024.

**K&L GATES LLP**

/s/ Daniel D. McClurg
Daniel D. McClurg (NC Bar #53768)
daniel.mcclurg@klgates.com
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
(704) 331-7444
(704) 353-3114

Terrence M. McKelvey (NC Bar #47940)
terrence.mckelvey@klgates.com
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
(615) 780-6700
(615) 780-6799

*Counsel for Defendant Pitt County
Memorial Hospital, Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was served upon all counsel of record via the Clerk of Court's ECF system and upon Plaintiff Cynthia B. Avens via U.S. Mail, postage prepaid, at the address listed below, this September 3, 2024:

Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, North Carolina 27870

Chris D. Agosto Carreiro
Special Deputy Attorney General
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602

*Counsel for Defendant Faris C. Dixon, Jr.*

Jeremy D. Linsley
North Carolina Department of Justice
P.O. Box 629
Raleigh, North Carolina 27602

*Counsel for Defendant Karen Kelly, MD*

/s/ Daniel D. McClurg