IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-00051-M-RN

**Cynthia B. Avens**,

    Plaintiff,

v.

**Faris C. Dixon, Jr.**, et al.,

    Defendants.

**Order**

The court will hold a hearing on all pending motions on Tuesday, October 8, 2024, at 2:00 p.m. at the United States District Court, located at 201 Evans Street in Greenville, North Carolina.

Dated: September 27, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge