IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:24-CV-00051-M-RN

| | |
|---|---|
| **Cynthia B. Avens**, <br><br> Plaintiff, <br><br> v. <br><br> **Faris C. Dixon, Jr.,** et al. <br><br> Defendants. | **Order** |

In connection with the pending motions, the court orders as follows:

1. Defendant Pitt County Memorial Hospital, d/b/a ECU Health Medical Center, must submit an executed copy of the 2016 Settlement Agreement between Cynthia B. Avens and Pitt County Memorial Hospital, Inc. no later than Monday, October 28, 2024. The document may be filed under seal, provisionally, pending the outcome of the pending motions.

2. No later than Wednesday, October 30, 2024, ECU Health must file a supplemental memorandum of no more than 10 pages to its motion to seal. The supplemental memorandum must explain (a) whether the public's right of access to the settlement agreement and, to the extent it differs from the signed document, the unexecuted settlement agreement Avens filed stems from the common law or the First Amendment and (b) how ECU's interest in keeping some or all the documents from the public outweighs that interest. No later than Wednesday, November 6, 2024, Avens may file a supplemental response of no more than 10 pages. No further briefing on this issue is permitted without leave of court.

Dated: October 23, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge