UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:24-CV-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING ECU HEALTH'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MEMORANDUM TO MOTION TO SEAL** |
| FARIS C. DIXON, JR., DISTRICT ATTORNEY, PITT COUNTY MEMORIAL HOSPITAL, INC., DR. KAREN KELLY, MEDICAL EXAMINER, JOHN/JANE DOE, and JOHN/JANE DOE | ) **JURY DEMAND** |
| Defendants. | ) |

This matter came before the Court on Defendant Pitt County Memorial Hospital Inc.'s ("ECU Health") Motion for Extension of Time to File Supplemental Memorandum to Motion to Seal. Upon review of the file and for other good cause shown, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That ECU Health's Motion for Extension of Time to File Supplemental Memorandum to Motion to Seal is hereby granted.

2. ECU Health shall have through and including November 12, 2024, to file the supplemental memorandum referenced in the Court's October 23, 2024 Order.

Dated: October 30, 2024

_____
Robert T. Numbers, II
United States Magistrate Judge