

From: CYNTHIA AVENS
2522037107
303 RIVERSIDE TRAIL
ROANOKE RAPIDS NC 27870

1 LBS  DWT: 12,10,1  1 OF 1

SHIP TO:
U.S. DISTRICT COURT
2 PRINCESS STREET
WILMINGTON NC 28401

NC 284 0-02

UPS GROUND
TRACKING #: 1Z 9H7 9KT 03 0031 3822

BILLING: P/P

XOL 24.10.17    NV45 44.0A 10/2024*

4:24-CV-00051-M