RECEIVED
NOV 19 2024
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

X-RAYED
CSO



CYNTHIA AVENS
252-2037107
303 RIVERSIDE TRAIL
ROANOKE RAPIDS NC 27870

1 LBS        1 OF 1
DWT: 12,10,1

SHIP TO:
U.S. DISTRICT COURT
2 PRINCESS STREET
**WILMINGTON NC 28401**

NC 284 0-02

**UPS GROUND**
TRACKING #: 1Z 9H7 9KT 03 0425 0839

BILLING: P/P
DIRECT DELIVERY ONLY

XOL 24.11.13    NV45 46.0A 11/2024*

Case # 4:24-CV-00051-M-RN
Case Mgr: Kimberly McNally