

RECEIVED JAN 03 2024 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC

X-RAYED CSO

JAN 03 2024 PETER A. MOORE, JR., CLERK US DISTRICT COURT, EDNC

4:24-CV-00051-M-RN
Attn: Kimberly McNally

Case 4:24-cv-00051-M-RN    Document 83-1    Filed 01/03/25    Page 1 of 1