IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M

| | |
|---|---|
| CYNTHIA B. AVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NOTICE OF APPEARANCE ON BEHALF |
| v. ) | OF DEFENDANT FARIS C. DIXON, JR. |
| ) | |
| FARIS C. DIXON, JR., et al. ) | |
| ) | |
| Defendants. ) | |

NOW COMES the undersigned and makes an appearance in this matter on behalf of Defendant Faris C. Dixon, Jr.

Respectfully submitted, this the 13th day of January, 2025.

**JEFF JACKSON**
**Attorney General**

/s/Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Attorney for Defendant Dixon*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system and by U.S. Mail addressed to the following individual:

Cynthia B. Avens
303 Riverside Trl.
Roanoke Rapids, NC 27870

This the 13th day of January, 2025.

/s/Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
North Carolina Department of Justice