RECEIVED
FEB 13 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC



Case # 4:24 CV 00051-M-RN
Case Mgr - Kimberly McNally
Due Date - 2/13/2025