IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION - Civil Action Number 4:24-CV-00051-M-RN

| | |
|---|---|
| Cynthia B. Avens ) | NOTIFICATION TO THE COURT |
| (Plaintiff) ) | REGARDING POTENTIALLY |
| ) | NEW DEVELOPMENT IN CASE |
| Faris C. Dixon, Jr., District Attorney ) | |
| Pitt County Memorial Hospital, Inc. ) | |
| Dr. Karen Kelly, Medical Examiner ) | |
| John/Jane Doe, John/Jane Doe ) | |
| (Defendants) ) | |

## NOTIFICATION TO THE COURT REGARDING POTENTIALLY NEW DEVELOPMENT IN CASE

### INTRODUCTION:

Plaintiff, Cynthia B. Avens ("Avens"), proceeding pro se, respectfully submits this notification regarding a potentially new development in the case at hand. The purpose of this notification is to document recent cyber intrusions on the record in case they are connected to the case.

### BACKGROUND:

On January 3, 2025, Avens filed a Notice Regarding Public Disclosure with the Court notifying the Court of her decision to publicly disclose the draft copy of a 2016 Settlement Agreement and Release ("SA") on her website, Fight Until You Win ("Website") at fightuntilyouwin.com.

On January 15, 2025, the Website became inaccessible due to a server issue. Avens contacted her hosting provider who informed her there were no server issues on their end. Avens

purchased a security certificate to help secure her site once the problem was resolved. The hosting provider escalated the issue to their support team and the Website became accessible about 1-2 hours later.

The Court released its Memorandum and Recommendation ("M&R") regarding the motions to dismiss Avens's Amended Complaint on January 30, 2025. On February 3, 2025, and continuing until February 15, 2025, eight (8) suspicious subscriber accounts were created on the Website. What is suspicious about these accounts is:

- Avens does not have a "Subscribe" button available on the front end of her website.
- Without an available "Subscribe" button, visitors to the site may provide a username and an email address beneath the "Comment" block to receive notifications of responses to their comments and/or notifications of newly published posts. Comments may be made anonymously and do not require a username or email address to do so. Such is only required to exclusively receive email notifications for updates ONLY.
- The created subscriber accounts are "User Accounts," created to assume an unauthorized role in the management of the Website, similar to other roles such as Author, Editor, Contributor, etc. A user role is required to be assigned to any registered user as that is a feature of the platform. Fortunately, the default setting was set to "Subscriber" and not to other roles allowing access to the backend of the Website. Therefore, the created user accounts did not grant unauthorized access to any website controls.[1]
- It is believed that the created subscriber accounts in question could **only** be created by deliberately accessing a registration URL not known to the public and not available through

---

[1] See included backend screenshot displaying the 8 accounts and email alerts Avens received for each account. One is missing from the eight, believed to have been accidentally deleted. These documents are provided for clarity only.

any link on the front end. The specific URL format that could create these accounts is: fightuntilyouwin.com/wp-login.php?action=register.

- The only way a user could have known to access this registration page is if they were either (1) familiar with WordPress (a software used to build websites) and its default registration system, or (2) intentionally researching ways to gain unauthorized access to the Website's backend. Neither of these options are common among the average internet user.
- Once a user visits this hidden registration page, they can enter a username and email address to create an account and complete the registration process via a link sent to the email used, thus activating the account. Once the account is active, their credentials are listed on the backend in the Website's "Users" section of the administrator dashboard.
- These subscriptions occurred at a time when (1) Avens had published a series of blog posts in January 2025, detailing several events that had taken place by the defendants and other parties regarding their handling of Keisha White's homicide investigation; and (2) Avens, as a pro se, was focused on researching for and preparing her objection to the Court's M&R, thus not focused on managing her Website.

**POTENTIAL DAMAGE:**

As stated earlier, the default setting automatically assigned the role of "Subscriber" to these unauthorized accounts. However, this is not something that was likely known beforehand. The fact that more accounts were created indicates an effort by one or more individuals attempting to bypass the default setting. Had they succeeded prior to Avens's ability to address the issue on February 15-16, any amount of damage may have occurred. Blog posts could have been altered or removed, links to provided data could have been deleted, changes could have been made to

completely lock Avens out of her own website, or the entire Website could have been removed from existence.

## POTENTIAL LEGAL IMPLICATIONS:

The unauthorized infiltration of Avens's website raises serious concerns about efforts to suppress her right to free speech. The unauthorized access raises significant legal concerns, including potential violations of cybersecurity laws. Although the initial access was restricted to subscriber accounts, the repeated creation of multiple accounts suggests an effort to escalate privileges or bypass security measures. If any individual involved sought assistance from others, such as IT professionals, it could further indicate a coordinated effort or conspiracy.

## RISKS – ACTUAL AND POTENTIAL:

The attempts to breach Avens's website underscore the challenges she encounters while pursuing accountability. The identities of those responsible are unknown, as is the likelihood of future attempts or more aggressive tactics to silence Avens.

Respectfully Submitted,

February 17, 2025

/s/ Cynthia B. Avens
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107
*Pro Se Litigant*

CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2025, the Plaintiff's Notification To The Court Regarding Potentially New Development In Case was shipped by UPS to the U.S. District Court; signature required. Tracking # 1Z9H79KT2433670032. Upon docketing, the CM/ECF system will send electronic notification of filing to the defendants' counsel.

Respectfully submitted 2/17/2025,
/s/ Cynthia B. Avens
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107
*Pro Se Litigant*

Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
ccarreiro@ncdoj.gov
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
State Bar No. 45356
*Counsel for DA Dixon*

Jeremy D. Lindsley
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
jlindsley@ncdoj.gov
Tel: 919-716-6920
Fax: 919-716-6764
NC State Bar No. 26235
*Counsel for Dr. Karen Kelly*

Daniel D. McClurg
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
daniel.mcclurg@klgates.com
(704) 331-7400
(704) 353-3114
NC Bar #53768
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Terrence M. McKelvey
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
terrence.mckelvey@klgates.com
(615) 780-6700
(615) 780-6799
NC Bar #47940
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
Email: eobrien@ncdoj.gov
Tel: (919) 716-6800
Fax: (919) 716-6755
NC State Bar No. 28885
*Counsel for DA Dixon*



Fight Until You WIN! Stats Stats + New Howdy, Cynthia

Dashboard
Posts
Media
Pages
FeedbackWP
Comments
Feedback
Appearance
Plugins
Users
All Users
Add New User
Profile
Tools
Settings
Collapse menu

| Username | Name | Email | Role | Posts | 2FA Status |
|---|---|---|---|---|---|
| [redacted] | — | [redacted] | Administrator | 1 | User has not logged in yet, 2FA status is unknown |
| [redacted] | Cynthia Avens | [redacted] | Administrator | 0 | User has not logged in yet, 2FA status is unknown |
| DanielMor | — | bra.d722.23@gmail.com | Subscriber | 0 | Required but not configured |
| DonaldCrape | — | jaso.nm.a.s.te.r.sp.a.s@gmail.com | Subscriber | 0 | Required but not configured |
| [redacted] | Cynthia Avens | [redacted] | Administrator | 20 | Configured |
| Lindadrync | — | re.ed.25.167@gmail.com | Subscriber | 0 | Required but not configured |
| Martinelolo | — | j9.78.4.259.0@gmail.com | Subscriber | 0 | Required but not configured |
| MichaelAboda | — | holmes.s.t.eph0.6@gmail.com | Subscriber | 0 | Required but not configured |
| MiguelPal | — | kertyucds@onet.eu | Subscriber | 0 | Required but not configured |
| Raymondbup | — | rio@rockstarseo.net | Subscriber | 0 | Required but not configured |
| Ronaldpreal | — | justine@apacheodyssey.com | Subscriber | 0 | Required but not configured |
| Username | Name | Email | Role | Posts | 2FA Status |

Bulk actions | Apply | Change role to... | Change

11 items

Subject: [Fight Until You WIN!] New User Registration
Date: February 3, 2025 at 7:52 PM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net


New user registration on your site Fight Until You WIN!:

Username: MiguelPal

Email: kertyucds@onet.eu

Subject: [Fight Until You WIN!] New User Registration
Date: February 4, 2025 at 4:30 PM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net

New user registration on your site Fight Until You WIN!:

Username: Martinelolo

Email: j9.78.4.259.0@gmail.com

Subject: [Fight Until You WIN!] New User Registration
Date: February 8, 2025 at 12:21 AM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net

New user registration on your site Fight Until You WIN!:

Username: Ronaldpreal

Email: justine@apacheodyssey.com

Subject: [Fight Until You WIN!] New User Registration
Date: February 9, 2025 at 12:55 AM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net

New user registration on your site Fight Until You WIN!:

Username: MichaelAboda

Email: holmes.s.t.eph0.6@gmail.com

Subject: [Fight Until You WIN!] New User Registration
Date: February 10, 2025 at 8:44 AM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net

New user registration on your site Fight Until You WIN!:

Username: Lindadrync

Email: re.ed.25.167@gmail.com

Subject: [Fight Until You WIN!] New User Registration
Date: February 14, 2025 at 10:42 PM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net

New user registration on your site Fight Until You WIN!:

Username: Raymondbup

Email: rio@rockstarseo.net

Subject: [Fight Until You WIN!] New User Registration
Date: February 15, 2025 at 4:20 AM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net

New user registration on your site Fight Until You WIN!:

Username: DanielMor

Email: bra.d722.23@gmail.com

Subject: [Fight Until You WIN!] Password Changed
Date: February 15, 2025 at 4:25 AM EST
From: WordPress<wordpress@fightuntilyouwin.com>
To: avens1@charter.net

Password changed for user: DanielMor