RECEIVED
FEB 18 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

CYNTHIA AVENS
2522037107
303 RIVERSIDE TRAIL
ROANOKE RAPIDS NC 27870

1 LBS   1 OF 1
DWT: 14,10,1

SHIP TO:
US DISTRICT COURT
201 EVANS ST # 209
GREENVILLE NC 27858



NC 278 1-01

UPS NEXT DAY AIR   1
TRACKING #: 1Z 9H7 9KT 24 3367 0032



BILLING: P/P
SIGNATURE REQUIRED

XOL 25.01.26   NV45 8.0A 02/2025*

