RECEIVED
FEB 28 2025
mU3
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Civil Action Number 4:24-CV-00051-M-RN

| | |
|---|---|
| Cynthia B. Avens ) | |
| ) | |
| (Plaintiff) ) | MOTION REQUESTING |
| ) | LEAVE TO REPLY |
| ) | TO DEFENDANTS' |
| ) | RESPONSES TO |
| Faris C. Dixon, Jr., District Attorney ) | PLAINTIFF'S DE 89 |
| Pitt County Memorial Hospital, Inc. ) | |
| Dr. Karen Kelly, Medical Examiner ) | |
| John/Jane Doe's ) | |
| (Defendants) ) | |

# MOTION REQUESTING LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSES

Plaintiff, Cynthia Avens, proceeding pro se, respectfully submits this motion requesting leave to file a reply to the responses submitted by the defendants regarding Avens's objection to the Court's Memorandum and Recommendation (M&R) (DE 87).

In support of this motion, Plaintiff states as follows:

1. **Defendants' responses introduce arguments beyond the scope of the M&R,** raising legal and factual issues that were not previously considered by the

Magistrate Judge. Avens was not required to preemptively address matters that were not part of the M&R.

2. **Defendants' responses also mischaracterize Avens's objections,** and a reply is necessary to ensure a complete and accurate record for review.
3. Granting this motion would allow the Court to consider all relevant issues and prevent an incomplete or one-sided record.

For these reasons, Avens respectfully requests that this Court grant leave to file a reply.

Respectfully submitted 2/27/2025,
/s/ <u>Cynthia B. Avens</u>
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107
*Pro Se Litigant*

CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2025, the Plaintiff's motion requesting leave was shipped by UPS to the U.S. District Court. Signature Required. Estimated delivery date is 2/28/25. Tracking # 1Z9H79KT4224931242. Upon docketing, the CM/ECF system will send electronic notification of such filing to the defendants' counsel. Respectfully submitted 2/27/2025,

/s/ Cynthia B. Avens
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107

Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
ccarreiro@ncdoj.gov
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
State Bar No. 45356
*Counsel for DA Dixon*

Jeremy D. Lindsley
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
jlindsley@ncdoj.gov
Tel: 919-716-6920
Fax: 919-716-6764
NC State Bar No. 26235
*Counsel for Dr. Karen Kelly*

Daniel D. McClurg
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
daniel.mcclurg@klgates.com

(704) 331-7400
(704) 353-3114
NC Bar #53768
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Terrence M. McKelvey
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
terrence.mckelvey@klgates.com
(615) 780-6700
(615) 780-6799
NC Bar #47940
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
Email: eobrien@ncdoj.gov
Tel: (919) 716-6800
Fax: (919) 716-6755
NC State Bar No. 28885
*Counsel for DA Dixon*