

Case # 4:24-CV-00051-M-RN
Case Mgr - Kimberly McNally

310 NEW BERN AVE
RALEIGH NC 27601

P:222   S:TWH   I S
VIVR-4000
1Z9H79KT422493 1242

SAT08485 XLE_01-1 Feb 28 03:56:41 2025
US 2764 HIPPS 24.3.1 SAT08485 XLE_01-1sL