IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M

| | |
|---|---|
| CYNTHIA B. AVENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **NOTICE OF WITHDRAWAL OF** |
| v. | ) **COUNSEL** |
| | ) |
| FARIS C. DIXON, JR., et al. | ) |
| | ) |
| Defendants. | ) |

Pursuant to Local Civil Rule 5.2(d), Special Deputy Attorney General Elizabeth Curran O'Brien hereby notifies the Court of the withdrawal of Chris Agosto Carreiro as counsel for Defendant Faris C. Dixon, Jr. in the above-captioned matter. Ms. Carreiro will be leaving employment with the North Carolina Department of Justice on March 31, 2025. Ms. O'Brien has been and will continue to represent this defendant in this matter.

Respectfully submitted, this the 11th day of March, 2025.

JEFF JACKSON
Attorney General

/s/Elizabeth Curran O'Brien

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Attorney for Defendant Dixon*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the NOTICE OF WITHDRAWAL OF COUNSEL using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system and by U.S. Mail addressed to the following individual:

Cynthia B. Avens
303 Riverside Trl.
Roanoke Rapids, NC 27870

This the 11th day of March, 2025.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice