

CYNTHIA AVENS
2522037107
303 RIVERSIDE TRAIL
ROANOKE RAPIDS NC 27870

1 LBS          1 OF 1
DWT: 12,10,1

SHIP TO:
UNITED STATES COURTHOUSE
310 NEW BERN AVENUE
RALEIGH NC 27601

NC 276 9-02

UPS GROUND
TRACKING #: 1Z 9H7 9KT 42 3143 8058

BILLING: P/P
SIGNATURE REQUIRED

RECEIVED
MAR 12 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Case # 4:24-CV-00051-M-RN
Case mgr - Kimberly McNally