IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| FARIS C. DIXON, JR., et al. ) | |
| ) | |
| Defendants. ) | |

This matter comes before the Court on motion by counsel for Defendant Faris C. Dixon, Jr. for an Order allowing Chris D. Agosto Carreiro, Special Deputy Attorney General, to withdraw as counsel of record for Defendant Dixon. Pursuant to Local Rule 5.2(d), and for good cause shown, the Motion for Leave to Withdraw is GRANTED.

IT IS HEREBY ORDERED that Chris D. Agosto Carreiro shall be discharged as counsel for Defendant Dixon.

Dated: _____  _____
Robert T. Numbers, II
United States Magistrate Judge