RECEIVED
APR 15 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

CYNTHIA AVENS
2522037107
CYNTHIA
303 RIVERSIDE TRAIL
ROANOKE RAPIDS NC 27870

1 LBS    1 OF 1
DWT: 12,10,1

SHIP TO:
US DISTRICT COURT
201 EVANS ST # 209
GREENVILLE NC 27858

NC 278 1-01

UPS GROUND
TRACKING #: 1Z 9H7 9KT 03 0017 4269

BILLING: P/P

XOL 25.03.15    NV45 16.0A 04/2025*

Case# 4:24-CV-00051-M-RN

Case mgr: Unknown