RECEIVED

MAY 29 2025 MM

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION - Civil Action Number 4:24-CV-00051-M-RN

| | | |
|---|---|---|
| Cynthia B. Avens | ) | NOTICE TO DISCUSS |
| (Plaintiff) | ) | RESOLUTION |
| | ) | |
| Faris C. Dixon, Jr., District Attorney | ) | |
| Pitt County Memorial Hospital, Inc. | ) | |
| Dr. Karen Kelly, Medical Examiner | ) | |
| John/Jane Doe, John/Jane Doe | ) | |
| (Defendants) | ) | |

## NOTICE TO DISCUSS RESOLUTION

Cynthia B. Avens, pro se plaintiff, respectfully notifies the Court and Defendants that, in light of how this case has been handled and with consideration of potential effects resulting from the Court's rulings on the pending motions to dismiss, she is willing to consider a resolution outside of continued litigation.

This statement is made in the spirit of Rule 408 of the Federal Rules of Evidence and is not an admission of any kind.

Avens respectfully requests Defendants to respond to her directly via email with their intent by June 13, 2025. Lack of response will be interpreted as refusal to engage in a resolution at this time.

Respectfully submitted,

May 27, 2025

/s/ Cynthia B. Avens
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107
*Pro Se Litigant*

CERTIFICATE OF SERVICE

I hereby certify that on 5/27/2025, the Plaintiff's NOTICE TO DISCUSS RESOLUTION was shipped by USPS to the U.S. District Court in Raleigh, NC, signature required. ETA 5/29/2025. Tracking #9410830109355004289364. Upon docketing, the CM/ECF system will send electronic notification of filing to the defendants' counsel.

Respectfully submitted 5/27/2025,
/s/ Cynthia B. Avens
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107
*Pro Se Litigant*

Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
ccarreiro@ncdoj.gov
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
State Bar No. 45356
*Counsel for DA Dixon*

Jeremy D. Lindsley
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
jlindsley@ncdoj.gov
Tel: 919-716-6920
Fax: 919-716-6764
NC State Bar No. 26235
*Counsel for Dr. Karen Kelly*

Daniel D. McClurg
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
daniel.mcclurg@klgates.com
(704) 331-7400
(704) 353-3114
NC Bar #53768
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Terrence M. McKelvey
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
terrence.mckelvey@klgates.com
(615) 780-6700
(615) 780-6799
NC Bar #47940
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
Email: eobrien@ncdoj.gov
Tel: (919) 716-6800
Fax: (919) 716-6755
NC State Bar No. 28885
*Counsel for DA Dixon*