IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. 4:24-CV-00051-M

| | |
|---|---|
| CYNTHIA B. AVENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FARIS C. DIXON, JR., District Attorney, ) | |
| PITT COUNTY MEMORIAL ) | |
| HOSPITAL, INC., ) | |
| DR. KAREN KELLY, Medical Examiner, ) | |
| JOHN/JANE DOE, and ) | |
| JOHN/JANE DOE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the court on a "Notice to Discuss Resolution" filed pro se by the Plaintiff on May 29, 2025. DE 99. The Supreme Court instructs that courts must construe pro se filings liberally. *Erickson v. Pardus*, 551 U.S. 89, 94, (2007) ("A document filed pro se is 'to be liberally construed…..'" (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)). In the notice, Plaintiff "respectfully notifies the Court and Defendants that, in light of how this case has been handled and with consideration of potential effects resulting from the Court's rulings on the pending motions to dismiss, she is willing to consider a resolution outside of continued litigation." DE. 99. Nothing has been filed since.

Even construing the document liberally, it is unclear whether Plaintiff seeks relief from the court in this matter, including a possible request for a court-ordered settlement conference (*see* Local Civil Rule 72.3(h)(2)). Accordingly, the court ORDERS that Plaintiff file a written supplement to the notice, and Defendants file response briefs, informing the court of their positions

on such possible request. These documents shall be filed on or before July 15, 2025.

SO ORDERED this 9th day of July, 2025.

*Richard E Myers II*
_____
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE