# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
Civil Action Number 4:24-CV-00051-M-RN

FILED
JUL 14 2025
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Cynthia B. Avens )
 )
  (Plaintiff) )
 )  NOTICE OF CLARIFICATION
 )
Faris C. Dixon, Jr., District Attorney )
Pitt County Memorial Hospital, Inc. )
Dr. Karen Kelly, Medical Examiner )
John/Jane Doe, John/Jane Doe, )
John/Jane Doe )
  (Defendants) )

**Notice of Clarification**

Avens files this Notice of Clarification to correct a typographical error in her Supplement (DE 101). She mistakenly stated the motions hearing transcript was sealed. She meant to identify the motions hearing minutes (DE 73) as the sealed entry.

Avens respectfully corrects the record. The remainder of her supplement stands as filed.

Apologies for any confusion.

Respectfully submitted, July 11, 2025
/s/ *Cynthia B. Avens*
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
avens1@charter.net
252-203-7107
*Pro Se Litigant*

CERTIFICATE OF SERVICE

I hereby certify that on 7/14/2025, the Plaintiff's NOTICE OF CLARIFICATION was hand delivered to the U.S. District Court in Greenville, NC. Upon docketing, the CM/ECF system will send electronic notification of filing to the defendants' counsel.

Respectfully submitted 7/11/2025,
/s/ Cynthia B. Avens
Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107
*Pro Se Litigant*

Chris D. Agosto Carreiro
Special Deputy Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
ccarreiro@ncdoj.gov
Telephone: (919) 716-6874
Facsimile: (919) 716-6755
State Bar No. 45356
*Counsel for DA Dixon*

Jeremy D. Lindsley
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
jlindsley@ncdoj.gov
Tel: 919-716-6920
Fax: 919-716-6764
NC State Bar No. 26235
*Counsel for Dr. Karen Kelly*

Daniel D. McClurg
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
daniel.mcclurg@klgates.com
(704) 331-7400
(704) 353-3114
NC Bar #53768
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Terrence M. McKelvey
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
terrence.mckelvey@klgates.com
(615) 780-6700
(615) 780-6799
NC Bar #47940
*Counsel for Defendant Pitt County Memorial Hospital, Inc.*

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice
Email: eobrien@ncdoj.gov
Tel: (919) 716-6800
Fax: (919) 716-6755
NC State Bar No. 28885
*Counsel for DA Dixon*