IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
GREENVILLE DIVISON
Civil Action No. 4:24-cv-00051-M-RN

| CYNTHIA B. AVENS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| FARIS C. DIXON, JR., District Attorney; VIDENT/ECU HEALTH MEDICAL CENTER DR. KAREN KELLY, Medical Examiner; JOHN/JANE DOE; JOHN/JANE DOE; JOHN/JANE DOE, | ) ) ) ) ) ) ) | NOTICE OF APPEARANCE |
| Defendants. | | |

NOW COMES Special Deputy Attorney General Tamika L. Henderson of the North Carolina Department of Justice, admitted to practice by this Court, and respectfully enters her notice of appearance as counsel of record in this action on behalf of Defendant, Faris C. Dixon.

This 15th day of July, 2025.

JOSHUA H. STEIN
ATTORNEY GENERAL

/s/ Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
tlhenderson@ncdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system and addressed to the following individual:

Cynthia B. Avens
303 Riverside Trl.
Roanoke Rapids, NC 27870
*Pro se Plaintiff*

This the 15th day of July, 2025.

/s/ Tamika L. Henderson
Tamika L. Henderson
Special Deputy Attorney General
N.C. Department of Justice