IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:24-CV-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS,<br><br>    Plaintiff,<br><br>v.<br><br>FARIS C. DIXON, JR., District Attorney, VIDENT/ECU HEALTH MEDICAL CENTER DR. KAREN KELLY, Medical Examiner, JOHN/JANE DOE, JOHN/JANE DOE, JOHN/JANE DOE,<br><br>    Defendants. | NOTICE OF APPEARANCE OF COUNSEL<br>Local Civil Rule 5.2 |

PLEASE TAKE NOTICE that Special Deputy Attorney General Kristin J. Uicker of the North Carolina Department of Justice enters this Notice of Appearance as counsel representing Defendant Faris C. Dixon, Jr. in the above-captioned action.

1

Respectfully submitted, this the 7th day of August, 2025.

JEFF JACKSON
ATTORNEY GENERAL

/s/Kristin J. Uicker
Kristin J. Uicker
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6500
Fax: (919) 716-0001
kuicker@ncdoj.gov
State Bar No. 41872
*Attorney for Defendant Faris C. Dixon, Jr.*

Case 4:24-cv-00051-M-RN    Document 107    Filed 08/07/25    Page 2 of 3

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the **NOTICE OF APPEARANCE** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system and by U.S. Mail addressed to the following individual:

Cynthia B. Avens
303 Riverside Trl.
Roanoke Rapids, NC 27870

Respectfully submitted, this the 7th day of August, 2025.

/s/Kristin J. Uicker
Kristin J. Uicker
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6500
Fax: (919) 716-0001
kuicker@ncdoj.gov
State Bar No. 41872
*Attorney for Defendant Faris C. Dixon, Jr.*