IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:24-CV-00051-M-RN

| | |
|---|---|
| CYNTHIA B. AVENS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FARIS C. DIXON, JR., District Attorney, VIDENT/ECU HEALTH MEDICAL CENTER DR. KAREN KELLY, Medical Examiner, JOHN/JANE DOE, JOHN/JANE DOE, JOHN/JANE DOE,<br><br>　　　　Defendants. | NOTICE OF WITHDRAWAL OF A GOVERNMENTAL ATTORNEY<br>Local Civil Rule 5.2(d) |

　　　　The undersigned counsel hereby notifies the Court, pursuant to Local Civil Rule 5.2(d), that the undersigned counsel has already filed a notice of appearance in this case (DE 107) and certifies that the withdrawing attorney is no longer associated with this case.

　　　　Special Deputy Attorney General Kristin J. Uicker is now counsel for Defendant Faris C. Dixon, Jr., and Special Deputy Attorney General Elizabeth Curran O'Brien and Special Deputy Attorney General Tamika L. Henderson withdraw as counsel. The undersigned counsel is aware of and will comply with all pending deadlines in this case, including any scheduled trial or hearings in future proceedings.

1

Respectfully submitted, this the 7th day of August, 2025.

JEFF JACKSON
ATTORNEY GENERAL

/s/Kristin J. Uicker
Kristin J. Uicker
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6500
Fax: (919) 716-0001
kuicker@ncdoj.gov
State Bar No. 41872
*Attorney for Defendants Faris C. Dixon, Jr.*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the **NOTICE OF WITHDRAWAL OF A GOVERNMENTAL ATTORNEY** using the CM/ECF system, which will send notification of such filing to all the counsel of record for the parties who participate in the CM/ECF system and by U.S. Mail addressed to the following individual:

Cynthia B. Avens
303 Riverside Trl.
Roanoke Rapids, NC 27870

Respectfully submitted, this the 7th day of August, 2025.

/s/Kristin J. Uicker
Kristin J. Uicker
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6500
Fax: (919) 716-0001
kuicker@ncdoj.gov
State Bar No. 41872
*Attorney for Defendants Rowe, Mills, Crow, Killingsworth, Mack, Quinn, and Spencer*