RECEIVED
AUG 08 2025 MM
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

Civil Action Number 4:24-CV-00051-M-RN

| | |
|---|---|
| Cynthia B. Avens | ) |
| | ) NOTICE TO THE COURT |
| (Plaintiff) | ) REGARDING SPOLIATION OF |
| | ) EVIDENCDE BY DEFENDANT |
| Faris C. Dixon, Jr., District Attorney | ) ECU HEALTH |
| Pitt County Memorial Hospital, Inc. | ) |
| Dr. Karen Kelly, Medical Examiner | ) |
| John/Jane Doe, John/Jane Doe, John/Jane Doe | ) |
| (Defendants) | ) |

## NOTICE TO COURT REGARDING SPOLIATION OF EVIDENCE BY DEFENDANT ECU HEALTH

Plaintiff Cynthia B. Avens, appearing pro se, hereby notifies the Court of spoliation of material evidence by Defendant ECU Health (formerly Pitt County Memorial Hospital, Inc.). Specifically, Defendant failed to preserve a publicly available policy cited by Avens in her Objection to the Magistrate Judge's Memorandum and Recommendation (DE 95, pp. 23–24), which contradicted the Defendants' legal arguments in this case.

On or about July 17, 2025, Plaintiff discovered that the cited policy page at https://ecuphysicians.ecu.edu/pathology/autopsy/faq/ had been permanently redirected to an ECU Health general landing page, https://www.ecuhealth.org/about-us/ecu-health-physicians/, removing the content from public access. This redirection significantly prejudices Plaintiff's

ability to fairly litigate her case. The spoliation occurred after the policy was quoted in Plaintiff's court filings, while motions to dismiss remain pending, and while discovery remains blocked.

Plaintiff intends to file a formal motion for sanctions under Federal Rule of Civil Procedure 37(e) and reserves all rights to seek appropriate relief at that time. Said motion is scheduled to ship out Friday morning, August 8, 2025.

Respectfully submitted August 7, 2025.

/s/ Cynthia B. Avens
Cynthia B. Avens, Pro Se Plaintiff
303 Riverside Trl.
Roanoke Rapids, NC 27870
avens1@charter.net
252-203-7107

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, the Plaintiff's MOTION FOR STATUS CONFERENCE AND EXPEDITED RULING ON PENDING DISPOSITIVE MOTIONS was shipped by UPS to the U.S. District Court in Raleigh, NC. Signature Required. Tracking # 1Z9H79KT2424992087. Upon docketing, the CM/ECF system will send electronic notification of such filing to the defendants' counsel.

Respectfully submitted August 7, 2025.

/s/ Cynthia B. Avens

Cynthia B. Avens

303 Riverside Trail

Roanoke Rapids, NC 27870

Avens1@charter.net

252-203-7107

*Pro Se Litigant*

Jeremy D. Lindsley
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
jlindsley@ncdoj.gov
Tel: 919-716-6920
Fax: 919-716-6764
NC State Bar No. 26235
*Counsel for Dr. Karen Kelly*

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Attorney for Defendant Dixon*

Tamika L. Henderson
Special Deputy Attorney General
N.C. State Bar No. 42398
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
(919) 716-6900
tlhenderson@ncdoj.gov
*Attorney for Dixon*

Terrence M. McKelvey
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
terrence.mckelvey@klgates.com
(615) 780-6700
(615) 780-6799
NC Bar #47940
*Counsel for Defendant PCMH, Inc.*

Daniel D. McClurg
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
daniel.mcclurg@klgates.com
(704) 331-7400
(704) 353-3114
NC Bar #53768
*Counsel for Defendant PCMH, Inc.*