UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA B. AVENS )<br>    Plaintiff )<br>)<br>v. )<br>)<br>)<br>FARIS C. DIXON, JR., District Attorney, )<br>PITT COUNTY MEMORIAL HOSPITAL, )<br>DR. KAREN KELLY, Medical Examiner, )<br>And John/Jane Doe )<br>    Defendants ) | **JUDGMENT**<br>Case No: 4:24-CV-51-M |

**Decision by Court.**

This action came before the Honorable Richard E. Myers II, Chief United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 25, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED in part and DENIED in part. Plaintiff's federal claims against these Defendants are DISMISSED WITH PREJUDICE, and Plaintiff's state law claims against the Defendants are DISMISSED WITHOUT PREJUDICE. As Plaintiff has failed to identify and/or serve Defendants "Jane/John Doe," the court DISMISSES WITHOUT PREJUDICE Plaintiff's claims against them.

**This Judgment Filed and Entered on September 25, 2025, and Copies To:**
Cynthia B. Avens (via US mail) 303 Riverside Trl, Roanoke Rapids, NC 27870
Kristin Jo Uicker / Tamika Henderson / Elizabeth O'Brien (via CM/ECF Notice of Electronic Notification)
Daniel McClurg / Terrence McKelvey (via CM/ECF Notice of Electronic Notification)
Jeremy Lindlsey (via CM/ECF Notice of Electronic Notification)

September 25, 2025      PETER A. MOORE, JR., CLERK

               /s/ Sandra K. Collins
               (By) Sandra K. Collins, Deputy Clerk