# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION

Civil Action Number 4:24-CV-00051-M-RN

| | |
|---|---|
| Cynthia B. Avens ) | |
| ) | |
| (Plaintiff) ) | |
| ) | NOTICE OF APPEAL |
| Faris C. Dixon, Jr., District Attorney ) | |
| Pitt County Memorial Hospital, Inc. ) | |
| Dr. Karen Kelly, Medical Examiner ) | |
| John/Jane Doe, John/Jane Doe, John/Jane Doe ) | |
| (Defendants) ) | |

Cynthia B. Avens, pro se litigant, files this notice of appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on September 25, 2025.

Respectfully submitted,

Oct 23, 2025

*[signature]*

Cynthia B. Avens
303 Riverside Trl.
Roanoke Rapids, NC 27870
avens1@charter.net
252-203-7107

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, the Plaintiff's Notice of Appeal was delivered to the nearest UPS drop-off point for delivery to the U.S. District Court in Raleigh, NC; Signature Required. Tracking # 1Z9H79KT4204776887. Upon docketing, the CM/ECF system will send electronic notification of such filing to the defendants' counsel.

Respectfully submitted, *Oct 23, 2025*

*[signature]*

Cynthia B. Avens
303 Riverside Trail
Roanoke Rapids, NC 27870
Avens1@charter.net
252-203-7107
Pro Se Litigant

Jeremy D. Lindsley
Assistant Attorney General
N.C. Department of Justice
P.O. Box 629
Raleigh, NC 27602
jlindsley@ncdoj.gov
Tel: 919-716-6920
Fax: 919-716-6764
NC State Bar No. 26235
Counsel for Dr. Karen Kelly

Daniel D. McClurg
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, North Carolina 28202
daniel.mcclurg@klgates.com
(704) 331-7400
(704) 353-3114
NC Bar #53768
Counsel for Defendant PCMH, Inc.

Terrence M. McKelvey
K&L Gates LLP
501 Commerce Street, Suite 1500
Nashville, Tennessee 37203
terrence.mckelvey@klgates.com
(615) 780-6700
(615) 780-6799
NC Bar #47940
Counsel for Defendant PCMH, Inc.

Kristin J. Uicker
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, North Carolina 27602
Phone: (919) 716-6500
Fax: (919) 716-0001
kuicker@ncdoj.gov
State Bar No. 41872
Attorney for Defendant Faris C. Dixon, Jr.