FILED: October 28, 2025

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 25-2314
(4:24-cv-00051-M-RN)

_____

CYNTHIA B. AVENS

        Plaintiff - Appellant

v.

FARIS C. DIXON, JR., District Attorney; PITT COUNTY MEMORIAL HOSPITAL, INC.; DR. KAREN KELLY, Medical Examiner; JOHN/JANE DOE; JOHN/JANE DOE

        Defendants - Appellees

_____

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Greenville |
| Originating Case Number | 4:24-cv-00051-M-RN |
| Date notice of appeal filed in originating court: | 10/27/2025 |
| Appellant | Cynthia Avens |
| Appellate Case Number | 25-2314 |
| Case Manager | A. Walker<br>804-916-2702 |